```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0001--CV (JWS)
                            "MARINA V. DIAZ V SAFEWAY INC"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/03/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury

            Origin: (2) Removed from State Court
            Demand: 75
        Filing fee: Paid $150.00 on 01/03/05 receipt # 00124798
          Trial by: Jury


Parties of Record:                                Counsel of Record:

PLF 1.1            DIAZ, MARINA V.                     Benjamin I. Whipple
                                                       481 W. Arctic Avenue
                                                       Palmer, AK 99645
                                                       907-745-1776
                                                       FAX 907-745-1775

DEF 1.1            SAFEWAY INC                         Donna M. Meyers
                                                       Delaney Wiles et al
                                                       1007 W. 3rd Avenue, Suite 400
                                                       Anchorage, AK 99501
                                                       907-279-3581
                                                       FAX 907-277-1331
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0001--CV (JWS)
                "MARINA V. DIAZ V SAFEWAY INC"

                      For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 01/03/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury

           Origin: (2) Removed from State Court
           Demand: 75
       Filing fee: Paid $150.00 on 01/03/05 receipt # 00124798
         Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 01/03/05 | DEF 1 Notice of Removal from Superior Court for State of Alaska 3PA-04-827CV w/att exhs. |
| 2 - | 1 | 01/03/05 | DEF 1 Written Consent for Removal. |
| 3 - | 1 | 01/03/05 | DEF 1 Service List. |
| 4 - | 1 | 01/03/05 | DEF 1 Disclosure Statement. |
| 5 - | 1 | 01/04/05 | JWS Minute Order to Petitioner Subsequent to Removal.  Petitioner to file w/i 10 days copies of state crt docs and svc list. cc: cnsl |
| 6 - | 1 | 01/10/05 | DEF 1 Notice of compliance re: filing copies of state crt records w/att exhs. |
| 6 - | 2 | 01/10/05 | PLF 1 Jury Demand. |
| 6 - | 3 | 01/10/05 | DEF 1 Jury Demand. |
| 7 - | 1 | 01/12/05 | DEF 1 Supplementation of notice of compliance w/MO dated 1/4/05 w/att exh. |
| 8 - | 1 | 01/26/05 | PLF 1 Attorney Appearance of B. Whipple. |
| 9 - | 1 | 02/10/05 | DEF 1 Answer to Complaint. |
| 10 - | 1 | 02/11/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 11 - | 1 | 03/11/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 12 - | 1 | 03/31/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 12/30/05; Dispositive motions deadline 01/16/06; Estimate of trial 5 days. cc: cnsl |
| 13 - | 1 | 10/07/05 | DEF 1 Unopposed motion for extension of time until 10/31/05 to file final witness lists w/att aff. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0001--CV (JWS)
                            "MARINA V. DIAZ V SAFEWAY INC"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 10/11/05 | JWS Order granting unoppo mot for ext of time until 10/31/05 to file final wit list (13-1). cc: cnsl |
| 15 - 1 | 10/31/05 | DEF 1 Final Witness List. |
| 16 - 1 | 11/01/05 | PLF 1 Witness List. |