Donna M. Meyers
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  (907) 279-3581
FAX:     (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,          )<br>                             )<br>         Plaintiff,          )<br>                             )<br>    vs.                    )<br>                             )<br> SAFEWAY, INC.,             )<br>                             )<br>         Defendant.         )<br> _____) | Case No. A05-0001CV (JWS) |

**ORDER *IN LIMINE* PRECLUDING PLAINTIFF'S TESTIMONY**
**REGARDING MEDICAL CAUSATION**

Defendant Safeway, Inc. ("Safeway"), has moved the Court pursuant to Federal Rule of Evidence 104(a) for an *in limine* ruling precluding plaintiff from offering testimony on medical causation, and the Court has considered the positions of the parties and the nature of the evidence at issue, and is otherwise fully advised on the premises, and

IT IS HEREBY ORDERED that Safeway's motion is GRANTED.  Plaintiff is precluded from testifying or making any reference to any medical diagnosis or her

lay opinions that her alleged injuries, including any current physical complaints, were proximately caused by her slip and fall accident.

DATED at Anchorage, Alaska this _____day of _____, 2006.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document ORDER *IN LIMINE* PRECLUDING PLAINTIFF'S TESTIMONY REGARDING MEDICAL CAUSATION was served electronically and mailed via USPS, first class, postage prepaid on the 17th day of January, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

_____
Donna M. Meyers/112701