Donna M. Meyers
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  (907) 279-3581
FAX:     (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,                   )<br>                                              )<br>         Plaintiff,                       )<br>                                              )<br>    vs.                                      )<br>                                              )<br>SAFEWAY, INC.,                   )<br>                                              )<br>         Defendant.                   )<br>_____) | Case No. A05-0001CV (JWS) |

**MOTION *IN LIMINE* PRECLUDING PLAINTIFF'S
TESTIMONY ON MEDICAL CAUSATION**

Defendant Safeway, Inc. ("Safeway"), by and through its counsel, Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., hereby moves the Court for an order *in limine* precluding plaintiff from testifying at trial on issues involving medical causation.  Plaintiff Marina Diaz ("Diaz") is not a health care provider and has no educational background, training or expertise in the healthcare field.  Therefore, any testimony by Diaz that her alleged injuries or medical conditions are causally related to her alleged fall do no meet the evidentiary requirements of Federal Rules of Evidence 702 & 703.

This motion is supported by the attached memorandum and a proposed order is filed herewith.

DATED at Anchorage, Alaska this _____day of January, 2006.

         DELANEY, WILES, HAYES,
         GERETY, ELLIS & YOUNG, INC.
         Attorneys for Defendant SAFEWAY, INC.

         s/ Donna M. Meyers
         1007 West Third Avenue, Suite 400
         Anchorage, Alaska   99501
         Phone:  907-279-3581/Fax:  907-277-1331
         Alaska Bar No.  9060011

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of the foregoing
document MOTION *IN LIMINE* TO PRECLUDING
PLAINTIFF'S TESTIMONY ON MEDICAL
CAUSATION was served electronically
and mailed via USPS, first class,
postage prepaid on the 17th day of January, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

_____
Donna M. Meyers/112699