Donna M. Meyers
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: (907) 279-3581
FAX:     (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAFEWAY, INC.,<br><br>  Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05-0001CV (JWS) |

**ERRATA TO MOTION *IN LIMINE* PRECLUDING PLAINTIFF'S TESTIMONY ON MEDICAL CAUSATION**

Defendant Safeway, Inc. ("Safeway"), by and through counsel of record and pursuant to instructions received from cmecfmail@akd.uscourts.gov on January 19, 2005, hereby files this errata with exhibits that should have been attached to Safeway's Motion *In Limine* Precluding Plaintiff's Testimony On Medical Causation (Dkt No. 18). The exhibits accompanying this errata should be should be linked to Safeway's Motion *In Limine* Precluding Plaintiff's Testimony On Medical Causation (Dkt No. 18). The undersigned counsel apologizes for any inconvenience to the court and opposing counsel.

DATED at Anchorage, Alaska this 19th day of January, 2006.

>DELANEY, WILES, HAYES,
>GERETY, ELLIS & YOUNG, INC.
>Attorneys for Defendant SAFEWAY, INC.
>
>s/ Donna M. Meyers
>1007 West Third Avenue, Suite 400
>Anchorage, Alaska  99501
>Phone:  907-279-3581/Fax:  907-277-1331
>Alaska Bar No.  9060011

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* PRECLUDIING PLAINTIFF'S TESTIMONY ON MEDICAL CAUSATION was served electronically and mailed via USPS, first class, postage prepaid on the 19th day of January, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645


s/Donna M. Meyers/112815