```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3   MARINA V. DIAZ,              )
                                  )
 4             Plaintiff,         )
                                  )
 5        vs.                     )
                                  )
 6   SAFEWAY, INC.,               )
                                  )
 7             Defendant.         )
     _____)
 8   Case No. A05-0001 CV
 9                DEPOSITION OF MARINA V. DIAZ
10                      October 18, 2005
11   APPEARANCES:
12        FOR THE PLAINTIFF:      MR. BENJAMIN I. WHIPPLE
                                  Attorney at Law
13                                481 West Arctic Avenue
                                  Palmer, Alaska  99645
14                                (907) 745-1776
15        FOR THE DEFENDANT:      MS. DONNA M. MEYERS
                                  Delaney, Wiles, Hayes, Gerety,
16                                Ellis & Young
                                  Attorneys at Law
17                                1007 West 3rd Avenue
                                  Suite 400
18                                Anchorage, Alaska  99501
                                  (907) 279-3581
19
20
21
22
23
24
25
```

1   MS. MEYERS: All right. Let's take a quick break and I'm
2   going to move to another area of questions.
3   A   Okay.
4       (Off record)
5       (On record)
6   Q   Ms. Diaz, we took a break there and I wanted to know if
7       there was anything about your prior responses that you
8       would like to change or modify or revise in any way?
9   A   No.
10  Q   Okay. I do have some additional questions about the
11      injuries that you are claiming are attributed to the fall.
12      From what I understand from your earlier testimony, and
13      correct me if I'm wrong, is that the only complaint that
14      has resolved completely are the stomach cramps that you
15      say you experienced from the date of the fall through the
16      date of the delivery of your son, is that correct?
17  A   Does that mean like they went away?
18  Q   Yes.
19  A   Yes.
20  Q   Okay. But the other complaints that you have dating from
21      the fall, the neck pain, the low back pain and the leg
22      pain still occur but not constantly, is that correct?
23  A   Yes.
24  Q   Okay. Are you actually receiving any ongoing treatment
25      for those three symptoms, the leg pain, the back pain, and

Page 55

```
 1          the neck pain?
 2   A      No.
 3   Q      When was the last time you received treatment for the neck
 4          pain?
 5   A      It was back in December before I left to Pennsylvania.
 6          I'm not sure what -- 2003 or 2004.
 7   Q      Okay.  And from whom was that.....
 8   A      Dr. Gardner.
 9   Q      Okay.  So the last treatment that you received was from
10          Dr. Gardner for the neck pain, is that correct?
11   A      For my neck pain and neck pain when they gave me pills in
12          Puerto Rico.
13   Q      Okay.  So with the exception of the pills that you
14          received in Puerto Rico, which would have been some time
15          between February of '05 and.....
16   A      August.
17   Q      .....August of '05, your last treatment for the leg pain,
18          back pain and neck pain would have been from Dr. Gardner
19          whenever.....
20   A      Yes.
21   Q      .....your last visit was with him, correct?
22   A      Yes.
23   Q      Okay.  All right.  Is there a reason why, if you're having
24          this pain, you haven't sought any medical treatment since
25          you saw Dr. Gardner last except for the visit that you had
```

1   Q   Okay. Where'd you attend high school?
2   A   Reading.
3   Q   What was the name of the high school?
4   A   Reading High School.
5   Q   And how many years did you attend?
6   A   One.
7   Q   Okay. Is there a reason why you only attended one year?
8   A   I wasn't going to school.
9   Q   Okay. So you attended -- what is -- high school starts at
10      what grade level, ninth or 10th grade?
11  A   Ninth.
12  Q   Ninth? Okay. So you attended the ninth grade at Reading
13      High School, correct?
14  A   Yes.
15  Q   And then you just stopped going?
16  A   Yes.
17  Q   Okay. Was there any reason why you stopped going?
18  A   Dropped out.
19  Q   Well, was there any particular why you dropped out?
20  A   No.
21  Q   And when did you obtain your GED?
22  A   When I turned 16.
23  Q   Okay. Have you had any formal education since the ninth
24      grade other than studying for your GED and getting that?
25  A   When I was getting my GED I was studying business clerical

MARINA V. DIAZ  
Vol. 1  
10/18/2005  
DIAZ v. SAFEWAY, INC  
A05-0001 Civil

Page 65

```
 1       that I'm --I didn't finish it.
 2   Q   You were studying what?
 3   A   Business clerical but I didn't finish it.
 4   Q   And where were you studying that?
 5   A   That was at Keystone Job Corps.
 6   Q   Keyslen.....
 7   A   Keystone Job Corps.
 8   Q   Oh, Keystone Job Corps.  Where is that?
 9   A   In Pennsylvania.
10   Q   Is that in Reading?
11   A   No.  That's in Jones, PA or Hazelton, PA.
12   Q   Okay.  Anything -- and how long did you attend that?
13   A   About four months.
14   Q   Okay.  Any other training or education that you've
15       received?
16   A   No.
17   Q   Okay.  Do you have any certifications in any area, whether
18       it's vocational, anything?
19   A   No.
20   Q   Okay.  What -- tell me about your employment history.
21       When did you first start working?
22   A   I was like 17 years old.
23   Q   And where'd you start working?
24   A   At a super market.
25   Q   A super market?
```

MARINA V. DIAZ                     10/18/2005                     DIAZ v. SAFEWAY, INC
Vol. 1                                                            A05-0001 Civil

Page 66

```
 1   A    Yes.
 2   Q    In Pennsylvania?
 3   A    Yes.
 4   Q    And what did you do there?
 5   A    Cashier.
 6   Q    All right.  So that would have been what year?
 7   A    I was 17 years old, maybe 1999.
 8   Q    1999?  Okay.  How long did you work there?
 9   A    Like a month or two.
10   Q    Why'd you leave?
11   A    Because I didn't like the work.
12   Q    I'm sorry.
13   A    I didn't like the work.
14   Q    You didn't like the work?
15   A    Yeah.
16   Q    Okay.  Did you -- when was the next time that you were
17        employed after you left the super market?
18   A    I think it was over here at Wal-Mart.
19   Q    I'm sorry?
20   A    At Wal-Mart over here.
21   Q    Okay.  So the next job that you would have had was at
22        Wal-Mart in the valley?
23   A    Yes.
24   Q    When did you start there?
25   A    When?  Like in November.
```

Page 67

```
1   Q   November of what year?
2   A   2002.
3   Q   Did you have any other jobs in between working at the
4       super market and working at the Wal-Mart in the valley?
5   A   No.
6   Q   So when you were -- when the fall occurred in July of 2002
7       you were not employed?
8   A   No.
9   Q   Were you looking for employment?
10  A   Yes.
11  Q   Where were you looking?
12  A   I was going to work at Wal-Mart.....
13  Q   Okay.
14  A   .....in the valley.
15  Q   When did you first apply at Wal-Mart?
16  A   Maybe as soon as I got here.
17  Q   So you think maybe in June of '02 you applied?
18  A   Yes.
19  Q   Do you remember when they offered you a job?
20  A   I was going to go to orientation on July 9th.
21      MS. MEYERS:  Let me just go to this photo sheet.  I'm
22  going to show you what we're going to mark as Exhibit A.
23      REPORTER:  Exhibit A marked.
24                          (Deposition Exhibit A marked)
25  Q   This is a photo sheet and I'll represent that these are
```

Page 71

```
 1   Q    Did you ever work at the McDonald's in the valley?
 2   A    Yes.
 3   Q    When was that?
 4   A    That was in 2003 in April.
 5   Q    Okay.  And how long did you work there?
 6   A    Like for two months.
 7   Q    For how long?
 8   A    Like for two months.  Or a month and a half.
 9   Q    April 2003?
10   A    Yes.
11   Q    Through approximately June of 2003?
12   A    Yes.
13   Q    And why did you leave McDonald's?
14   A    Because I never have a baby sitter for my son.
15   Q    So you just -- you quit?
16   A    Yes.
17   Q    Were you terminated?
18   A    No.
19   Q    Who was your supervisor at McDonald's?
20   A    Angie.
21   Q    Do you know Angie's last name?
22   A    No.
23   Q    Did anyone ever tell you that you were going to be
24        terminated or fired at McDonald's?
25   A    No.
```

MARINA V. DIAZ                    10/18/2005                    DIAZ v. SAFEWAY, INC
Vol. 1                                                           A05-0001 Civil

Page 79

```
 1    Q    Okay.  So after -- so it was Wal-Mart at the end of
 2         November, or end of 2002, sometime in November, you said
 3         you worked there about a month, a month and a half?
 4    A    Yes.
 5    Q    Okay.  And then you next worked at McDonald's in 2003?
 6    A    Yes.
 7    Q    Okay.  What was your next employment?
 8    A    It was in Pennsylvania.  I was -- I think it was Wal-Mart.
 9         I can't remember.
10    Q    Okay.  Is that Wal-Mart right in Reading?
11    A    Wyomisin.
12    Q    I'm sorry?
13    A    Wyomisin.  That's like in Reading.
14    Q    Okay.  How do you spell that?
15    A    W-Y-O-M-I-S-I-N.
16    Q    Okay.  And how long did you work there?
17    A    I think a day or two only.
18    Q    One or two days?  And why did you leave only one or two
19         days later?
20    A    Because I got hired at Telestar Marketing.
21    Q    Telestar Marketing?  And how long did you work with
22         Telestar Marketing?
23    A    For two months.
24    Q    And is that in Reading or where is.....
25    A    In Reading.
```

Computer Matrix, LLC              Phone - 907-243-0668          jpk@gci.net
310 K Street, Suite 200           Fax    907-243-1473           sahile@gci.net

1   Q   And that's Telestar marketing, were you just making phone
2       calls?
3   A   Yes.
4   Q   What were you marketing?
5   A   Cable.
6   Q   Cable services?  What was your next employment?
7   A   Trying to think.  I don't remember.
8   Q   When you were working at Wal-Mart starting in November of
9       2002, were you full time?
10  A   No.
11  Q   Okay.  Approximately how many hours were you working a
12      week?
13  A   Like 36.  Thirty-four to 36 hours.
14  Q   Okay.  And was there a reason why you weren't working more
15      than that?
16  A   They weren't hiring full time.
17  Q   They were not hiring full time?
18  A   No.
19  Q   Okay.  And what about when you were working at McDonald's,
20      were you full or part time?
21  A   Full time.
22  Q   And at the Wal-Mart in Wyomisin, were you full time or
23      part time?  Well, that was only or two days, right?
24  A   Yeah.  That was orientation.  I just got the orientation.
25  Q   All right.  And what about Telestar Marketing, was that

Page 83

```
 1   A    What do you mean after?
 2   Q    Okay.  So you gave birth September 12th, 2002, correct?
 3   A    Yes.
 4   Q    Okay.  Were you planning to take any maternity leave if
 5        you had been working during that time period?
 6   A    Yes.
 7   Q    Okay.  And what was your plan in terms of how much
 8        maternity leave you were going to take?
 9   A    One month.
10   Q    One month?  Okay.  So your plan was to go back to work one
11        month after the baby was born?
12   A    Which was in November.
13   Q    Okay.  And did you actually start working about a month
14        after the delivery of your baby?
15   A    Yes.
16   Q    All right.  So from November 2002 on, are you claiming
17        that you lost any wages or that you're continuing to have
18        a wage loss as a result of any injuries that you suffered
19        from the fall?
20   A    Yes.
21   Q    Okay.  Explain that to me.
22   A    I was working as a housekeeper at the Peak-Inn Motel, the
23        restaurant.
24   Q    Peak-Inn?
25   A    The restaurant.
```

Page 84

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | And I was also at the motel. |
| 3 | Q | And where is that located? |
| 4 | A | Palmer. |
| 5 | Q | Where were you -- when were you working there? |
| 6 | A | When? That was in February of 2003. |
| 7 | Q | Okay. So February 2003 until when? |
| 8 | A | March. |
| 9 | Q | Of '03? |
| 10 | A | Yeah. |
| 11 | Q | Okay. And what were you doing for the restaurant or |
| 12 | | motel? |
| 13 | A | I was a housekeeper. |
| 14 | Q | Okay. And how -- why are you claiming that you lost wages |
| 15 | | when you were working there as a result of the injuries |
| 16 | | that you suffered from the fall? |
| 17 | A | Because they fired me because of my back pain. |
| 18 | Q | Okay. So you were fired because of your back pain? |
| 19 | A | Yes. |
| 20 | Q | Were you working full time or part time? |
| 21 | A | It was part time because it was winter. |
| 22 | Q | So was there only a part time position available for you |
| 23 | | there? |
| 24 | A | Yes. And in the summer it was going to be full time. |
| 25 | Q | And who was your supervisor there? |

MARINA V. DIAZ　　　　　　　　　10/18/2005　　　　　　　　DIAZ v. SAFEWAY, INC
Vol. 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　A05-0001 Civil

Page 88

```
 1   A    Different jobs.  Mostly in factories.
 2   Q    What sort of factories?
 3   A    It was a -- I worked at two separate factories and a mail
 4        factory.
 5   Q    What kind of factory?
 6   A    Mail.
 7   Q    Mail?  What's a mail factory?
 8   A    For the letters that you get.
 9   Q    Oh, mail.
10   A    Yeah, mail.
11   Q    A mail factory.  And who -- did you have a particular
12        person that you worked under there?
13   A    It was Kristin.  Her name was Kristin.
14   Q    And what was your -- how long did you work for them, this
15        temp agency?
16   A    I don't remember.  It was up to October 2004.
17   Q    October two thousand -- until October 2004?
18   A    No, until beyond.
19   Q    Okay.  So you still worked at a temp agency?
20   A    Yeah.
21   Q    Okay.  Now, except for -- well, apparently at some point
22        in time you moved to Puerto Rico, right?
23   A    That was in 2005.
24   Q    Okay.  So you worked for the temp agency until you went to
25        Puerto Rico?
```

MARINA V. DIAZ  
Vol. 1  
10/18/2005  
DIAZ v. SAFEWAY, INC  
A05-0001 Civil

Page 89

```
1   A    Yes.

2   Q    Okay.  And did you work in Puerto Rico?

3   A    Yes.

4   Q    Where did you work?

5   A    The House of Veterans.

6   Q    House of Veterans?

7   A    Yes.

8   Q    What did you do?

9   A    In the laundry room.

10  Q    Were you staying with relatives in Puerto Rico?

11  A    Yes.

12  Q    Okay.  And what are your -- who are your relatives there?

13  A    My grandfather and my grandmother.

14  Q    Okay.  What are their names?

15  A    Fanta -- Fanta.

16  Q    Fanta?  What's the last name?

17  A    Diaz.

18  Q    Okay.  Is that your grandmother?

19  A    Grandmother.

20  Q    Okay.  And was that one of the addresses that you gave us,
21       that's street number One?

22  A    Yes.

23  Q    Okay.  And did you work anywhere else when you were in
24       Puerto Rico.....

25  A    No.
```

MARINA V. DIAZ                    10/18/2005                    DIAZ v. SAFEWAY, INC
Vol. 1                                                           A05-0001 Civil

Page 115

```
1   A   No.  It gets worse.
2   Q   You're saying now it's worse than usually after five or 10
3       minutes of standing or walking?
4   A   Yeah.
5   Q   Okay.  So in the usual circumstance when you've been
6       walking or standing for five or 10 minutes, what level of
7       pain are you claiming you experience in your low back?
8   A   It gets like an eight, because my leg starts hurting
9       because I feel like a pinch in my back, that's when my leg
10      starts hurting.
11  Q   Okay.  Has anyone discussed whether or not you need to
12      have surgery?  Has anyone recommended that?
13  A   No.
14  Q   Have you ever been to an orthopedic surgeon?
15  A   No.
16  Q   Has anyone ever recommended to you that you see an
17      orthopedic surgeon?
18  A   I don't remember.
19  Q   Okay.  You don't have any medical training, do you?
20  A   No.
21  Q   You also had some -- in 2002, apparently, some medical
22      problems for which you were treated at valley hospital.  I
23      believe appendicitis, is that correct?
24  A   Yes.
25  Q   Okay.  Any other problems that you remember?
```

Page 96

```
 1   A   Is making you do something that's not true.
 2   Q   Okay.  And do you have any understanding of whether it's
 3       wrong?
 4   A   Yes.
 5   Q   Okay.  Have you asked any other health care providers to
 6       state something that is untrue?
 7   A   No.
 8   Q   Have you asked any employers to state something that is
 9       untrue?
10   A   No.
11   Q   Did you actually tell Dr. Faucett that you were willing to
12       share the money with her from the lawsuit if she said
13       there was something wrong with your baby when there wasn't
14       anything wrong with him?
15   A   Yes.
16   Q   Okay.  And have you offered anybody else any money to say
17       something.....
18   A   No.
19   Q   .....to help you with this lawsuit?
20   A   No.
21   Q   Did Dr. Faucett tell you -- actually explain to you that
22       that was fraud that you were asking her to commit?
23   A   Yeah.  She said no, because it was fraud.
24   Q   Okay.  When you generally go to your health care provider
25       because of some complaint that you're having, do you think
```