Donna M. Meyers
Delaney, Wiles, Hayes,
Gerety, Ellis & Young, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,<br><br>   Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>   Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05-0001CV (JWS) |

**NON-OPPOSITION TO PLAINTIFF'S MOTION
FOR UNTIMELY FILING OF OPPOSTION**

Defendant Safeway, Inc., by and through counsel, does not oppose plaintiff's motion to file an untimely opposition.  However, Safeway does dispute plaintiff's suggestion that the late filing was caused by some omission or misunderstanding by defense counsel.  The stipulation to extend the deadline for plaintiff's opposition was returned to plaintiff's counsel for filing because plaintiff's proposed stipulation did not comply with certain requirements of the District Court's new Electronic Filing Administrative Policies and Procedures dated January 3, 2006.  Specifically, plaintiff's counsel failed to attach a separate proposed order as required by Section 9 of the Electronic Filing Administrative Policies and Procedures.  Additionally, plaintiff's

certificate of service did not comply with Section 13, which specifies exactly how the certificate of service should be worded. Because the document did not comply with the new rules on electronic filings, the clerk would have rejected it as an electronic filing. In order to file the document manually, the undersigned would have been required to electronically scan the stipulation and place it on a readable CD ROM to file with the original hard copy version of the document. Thus, the simple solution was to return the document to plaintiff's counsel for filing.

Plaintiff's counsel alone is responsible for any delay in filing the stipulation to extend the deadline for plaintiff's opposition to the underlying motion. The delay was due to plaintiff's counsel's failure to comply with the electronic filing requirements, and/or to ensure that someone could monitor his mail in his absence who could have simply filed the document by mail. Apparently, plaintiff's counsel did not make such arrangements.

DATED at Anchorage, Alaska this 15th day of February, 2006.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant SAFEWAY, INC.

s/ Donna M. Meyers
Alaska Bar No. 9060011
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581/Fax: 907-277-1331

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing document **Non-Opposition To Plaintiff's Motion For Untimely Filing Of Opposition** was served electronically and mailed via USPS, first class, postage prepaid on the 15th day of February, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska 99645

s/Donna M. Meyers/113776