Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

RECEIVED
FEB 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Safeway, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) Case No. A05-0001 CV ~~(JWS)~~ TMB |

PLAINTIFF'S MOTION
FOR UNTIMELY FILING OF OPPOSITION

COMES NOW plaintiff Marina Diaz, through counsel, and moves for acceptance of her untimely-filed opposition to defendant Safeway, Inc.'s motion *in limine* to preclude plaintiff's testimony on medical causation.

Plaintiff's opposition was originally due on February 6, 2006. Plaintiff's counsel was scheduled to be out-of-state from February 2 - 7, so he inquired whether defense counsel would stipulate to a week's extension for Ms. Diaz' response. The defense was willing and signed the

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S MOTION FOR FILING OF UNTIMELY OPPOSITION
DIAZ-PLE.008
A05-0001 CV (JWS)

1

proposed stipulation.  See attached <u>Stipulation to Extension of Time</u>.  However, the original stipulation was returned to plaintiff's counsel's office rather than filed with the Court before the original due date, as discussed.  Apparently it was thought that such filing would conflict with the new electronic filing requirements.  <u>See</u>, attached letter dated February 2, 2006.

DATED this __10th__ day of February 2006.

By ___/s/ Ben Whipple___
Benjamin I. Whipple
Alaska Bar No. 9311096
Attorney for Plaintiff

---

ORDER

IT IS SO ORDERED.

DATED this _____ day of February 2006.

By _____
District Court Judge

---

I certify that a copy of the foregoing was mailed by first class mail to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990

___/s/ Ben Whipple___
Benjamin I. Whipple

on February __10__, 2006.

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S MOTION FOR FILING OF UNTIMELY OPPOSITION
DIAZ-PLE.008
A05-0001 CV (JWS)

2