Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Safeway, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | Case No. A05-0001 CV (JWS) |

STIPULATION TO EXTENSION OF TIME

COME NOW plaintiff Marina Diaz, through counsel, and defendant Safeway, Inc., through counsel, and stipulate to a week's extension of time for plaintiff to respond to defendant Safeway's motion *in limine*. Plaintiff's response is therefore due for filing February 13, 2006.

DATED this 1st day of February 2006.

By _____
Benjamin I. Whipple
Alaska Bar No. 9311096
Attorney for Plaintiff

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

STIPULATION TO EXTENSION OF TIME
DIAZ-PLE.006
A05-0001 CV (JWS)

1

DATED this \_\_2nd\_\_ day of February 2006.

By _____/s/ Donna M. Meyers_____
Donna M. Meyers
Alaska Bar No. 9060011
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

DATED this _____ day of February 2006.

By _____
District Court Judge

---

I certify that a copy of the foregoing was mailed by first class mail to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990

on the \_\_1st\_\_ day of February 2006.

\_\_\_\_\_/s/ Ben Whipple\_\_\_\_\_
Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

STIPULATION TO EXTENSION OF TIME
DIAZ-PLE.006
A05-0001 CV (JWS)

2

| | | |
|---|---|---|
| CLAY A. YOUNG<br>JAMES B. FRIDERICI<br>ANDREW GUIDI<br>HOWARD A. LAZAR<br>DONALD C. THOMAS<br>TIMOTHY J. LAMB<br>CYNTHIA L. DUCEY<br>DONNA M. MEYERS<br>KEVIN L. DONLEY | DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.<br>ATTORNEYS AT LAW<br>SUITE 400<br>1007 WEST 3RD AVENUE<br>ANCHORAGE, ALASKA 99501-1936<br>TELEPHONE (907) 279-3581<br>FAX (907) 277-1331<br>WWW.DELANEYWILES.COM | ERIC A. RINGSMUTH<br>JONATHAN CLEMENT<br><br>OF COUNSEL<br>DANIEL A. GERETY<br>STEPHEN M. ELLIS<br>WILLIAM E. MOSELEY<br>GREGORY L. YOUNGMUN |

February 2, 2006

Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645

   Re: Diaz v. Safeway, Inc.

Dear Mr. Whipple:

  Enclosed please find the original signed Stipulation To Extension Of Time signed by Ms. Meyers. We have retained a copy for our files. She asked that I forward this document back to you for filing with the United States District Court as their new Electronic Filing Administrative Policies and Procedures have been in effect since January 3, 2006.

         Very truly yours,

         DELANEY, WILES, HAYES,
         GERETY, ELLIS & YOUNG, INC.

         Donna K. Daniels, Legal Secretary
         to Donna M. Meyers

dkd:dkd/113373
Enclosure (as stated)