## HEALTHY BEGINNINGS PLUS
## Care Coordination Record

Addressograph

- Optional - Place Photo Here

### CLIENT DATA

Client's Birthdate: 4/22/84  Client's Age: 17
Client's MA#: _____
Client's Soc. Sec. #: 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
Client's Marital Status: Married?  ☐ Yes  ☑ No
Client's Ethnic Origin: Hispanic?  ☑ Yes  ☐ No
Client's Race:  ☐ White  ☐ Black
               ☐ Asian / Pac. Isl.  ☐ Unknown
               ☐ Other _____

Current Home / Residence   Tel: (610) 236-0354
623 Chestnut  3rd
Street          Apt.
Reading         19602
City            Zip Code
_____ (if applicable)
Country   Census Tract / Health District

Best Time To   Day/Time: Anytime
Contact Client
              Tel: (610) 236-0354
              Address: Chestnut       3rd
                       Street         Apt.
                       Reading        19602
                       City           Zip Code

Person To    Name: Gloria Colon
Contact In
Case Of      Relationship: Mother
Emergency
             Tel: (610) 236-0354
             Address: 623 Chestnut  3rd
                      Street        Apt.
                      Reading       19602
                      City          Zip Code

How Did Client
Find Out About   ☐ Receives other care at site
HB Plus          ☐ Family planning clinic
Program          ☐ WIC Site
                 ☐ Media / newspaper
                 ☑ Word of mouth

---

Client Name: Diaz, Marina V
             Last    First   Middle Initial
Med. Rec. #/Pt. I.D.#: _____
Facility Name: _____

### INTAKE AND ON-GOING ASSESSMENT

**PERSONAL INFORMATION / CURRENT PREGNANCY**

1ST | 2ND | 3RD

1. Client's Preferred Name (nickname, etc.): Veronica

2. Is Client a:  ☐ young teenager, ≤ 14 yrs.
                ☑ teenager, 15-17 yrs.  ☐ older mother, ≥ 35 yrs.

3. Preferred Ethnic/Cultural Identity: _____

4. Primary Language:  ☑ English  ☐ Sign Language
   (Speaking & Reading)  ☑ Spanish  ☐ Other _____

5. Comfort with English:  ☑ Reasonably Comfortable
   (Speaking & Reading)  ☐ Not Very Comfortable

6. Interpreter Services:  ☑ No Interpreter Needed
                         ☐ Needs Interpreter
                         ☐ Client Will Bring Interpreter
                         ☐ Provider Must Arrange

7. Significant Impairments:  ☐ Visual  ☐ Learning  ☐ Physical
                             ☐ Hearing  ☐ Speech
   Comments: N/A

400053
Diaz v. Safeway

8. Date First Suspected Pregnancy: Jan 3 2002

9. Feelings About This Pregnancy:  ☑ Positive  ☐ Anxious
                                   ☐ Negative  ☐ Neutral / O.K.

10. Client Feels    (Check All That Apply)
    Pregnancy
    And Baby       ☑ Living Situation  ☐ Other Relationships
    Will Cause     ☐ Marital Status
    Changes        ☐ Financial         ☐ Doesn't Expect
    In Her:        ☐ Work / School        Any Changes
                   ☐ Other _____

11. This Pregnancy Was:  ☑ Planned  ☐ Unplanned

12. Is Client Considering Adoption?  ☐ Yes  ☑ No

13. Where Client Expects To Deliver:  Facility Name: _____
                                      Address: EXHIBIT

Case 3:05-cv-00001-TMB   Document 24-2   Filed 02/16/2006   Page 2 of 9

Duplication of this form is strictly prohibited by law. ©1996 Hollister Incorporated. All rights reserved.

```
※ 109A0004  DIAZ ,MARINA
   HBP 012202 042284 F A
   AD: OB CLINIC
   RD:
   ACCT #: 2000040093
```

# Initial Pregnancy Profile
Hollister Maternal/Newborn Record System
To order call: 1.800.323.4060   Re-order No. **5701**

Patient's Name _____
ID. No. _____

## History Since LMP

**Pregnancy Complications**  (✓)
1. Vaginal Bleeding ☐
2. Abdominal or Epigastric Pain ☒   2. Crampy
3. Headache/Dizziness ☐   3. Dizziness
4. Change in Vision ☐
5. Hyperemesis ☒   5. Nausea
6. Urinary Complaint ☐
7. Febrile Episode ☐
8. Rash with Viral Illness ☐
9. Physical Trauma or Surgery ☐
10. Other _____ ☐

**Exposure To Environmental Teratogens**
11. HIV, CMV, HSV, Syphilis ☐
12. Rubella, Varicella ☐
13. PKU ☐
14. Encephalitis ☐
15. Occupational Chemicals ☐
    (Heavy Metal, Organic Solvent, etc.)
16. Radiation ☐
17. Toxoplasmosis ☐
18. Tuberculosis ☐
19. Other _____   iguana, birds — dogs  1 D.

## Substance Use
20. Alcohol ⊘ ☐
    type _____
    amt/day _____
21. Tobacco ⊘ ☐
    type _____
    amt/day _____
22. Non-Prescribed Drugs ⊘ ☐
    type _____
    amt/day _____
23. Prescribed Drugs ⊘ ☐
    type _____
    amt/day _____
    type _____
    amt/day _____
24. Street Drugs ☐
    type Weed
    amt/day Social x ?
    type long time
    amt/day ago

## Physical Assessment

Height 5'6"   Weight 80.0 kg   Pregravid Weight 166 lb   B.P. 134/69   Pulse 80

Check and detail abnormal findings below. Use reference numbers.

| System | Normal | Abnormal |
|---|---|---|
| 25. Skin | ✓ | ☐ |
| 26. Neurologic | ✓ | ☐ |
| 27. Extremities | ✓ | ☐ |
| 28. HEENT/Fundi | ✓ | ☐ |
| 29. Mouth/Teeth | ✓ | ☐ |
| 30. Neck/Thyroid | ✓ | ☐ |
| 31. Breasts/Nipples | ✓ | ☐ |
| 32. Cardiovascular | ✓ | ☐ |
| 33. Respiratory | ✓ | ☐ |
| 34. Abdomen | ✓ | ☐ |
| 35. Gastrointestinal | ✓ | ☐ |
| 36. Urinary | ☐ | ☐ |
| 37. Other | ☐ | ☐ |

**Pelvic Examination**
38. Vulva ✓ ☐
39. Vagina ✓ ☐
40. Cervix ✓ ☐   anis/cl/firm/3cm
41. Uterus Size 8-9 wks ✓ ☐   midcl
42. Adnexa ✓ ☐
43. Rectum ✓ ☐

44. Pelvic Type
    ☐ Gynecoid   ☐ Anthropoid
    ☐ Android    ☐ Platypelloid
45. Measurements
    ☐ Adequate   ☐ Inadequate
    ☐ Borderline
46. Diagonal Conjugate Reached
    ☐ Yes        ☐ No
    _____ cms
47. Ischial Spines
    ☐ Average    ☐ Prominent
    ☐ Blunt
48. Intertuberous Diameter _____ cms
49. Sacrum
    ☐ Concave    ☐ Anterior
    ☐ Straight
50. Coccyx
    ☐ Moveable   ☐ Malpositioned
    ☑ Fixed
51. Pubic Arch
    ☐ Normal     ☐ Narrow
    ☐ Wide

EXHIBIT ___
Page ___ of ___

400054
Diaz v. Safeway

Examined by _M. Eschenbacher_
Date 2/1/02

| 2ND | 3RD | | |
|---|---|---|---|

47. Does Client Feel She Has A Weight Problem? [✓] Overweight   [ ] Underweight   [ ] No Problem

48. Usual Weight Before this Pregnancy: 166 lbs.
Amount of Weight Client Expects To Gain In This Pregnancy: _____ lbs.

49. Is Client Worried About Gaining Weight During Pregnancy? [ ] No   [✓] Yes   Comments:

50. Is Client Now On A Special Diet? [✓] No   [ ] Yes
Specify: _____

51. Client's Description of Her Diet: [ ] Balanced   [✓] Too Much Junk Food   [ ] Other
Comments:

52. Client's Description of Her Appetite: [ ] Hearty   [ ] Poor   [✓] Moderate

53. Client's Description of Her Eating Habits: [✓] Regular   [ ] Irregular
Number of Meals / Day: 2
Number of Snacks / Day: 4

54. Food Preparation:
Who Plans Meals: Mother
Who Buys Food: Mother
Who Prepares Food: Mother

55. Food Preparation / Storage Facilities: (Check if available)
[✓] Stove   [✓] Oven   [✓] Microwave   [ ] Freezer   [ ] Refrigerator   [ ] Sink With Running Water   [ ] Other: ___

56. Will Client Have Problem Eating Nutritious Diet? [✓] No   [ ] Yes
If YES, Specify:
[ ] Not Enough Money
[ ] Food Allergies
[ ] Dislikes Certain Food Groups

57. Is Client Currently Taking:
Vitamins? [✓] No   [ ] Yes
Type

| 1ST | 2ND | 3RD |
|---|---|---|

58. Does Client Have Any Of The Following Problems: [✓] Yes   [ ] No
If Yes, check all that apply:
[✓] Nausea   [ ] Vomiting
[ ] Constipation   [ ] Diarrhea

59. Does Client Eat Non-Food Substances? [ ] Yes   [✓] No
If Yes, check all that apply:
[ ] Dirt   [ ] Clay
[ ] Plaster   [ ] Paint Chips
[ ] Ice   [ ] Laundry Starch
[ ] Corn Starch
[ ] Other ___

60. How Does Client Plan to Feed Her Baby?
[✓] Breast Feed
[ ] Bottle Feed
[ ] Undecided
[ ] Other: ___

## WIC CERTIFICATION DATA

EXHIBIT D
Page 3 of 9

Client's age: 17

Weight: 166   Date: __/__/__

Height: ____   Date: __/__/__

Hct: ____   Date: __/__/__

400055
Diaz v. Safeway

## DAILY ACTIVITIES

**32. Problems With Living Quarters:** (Check all that apply)
- [ ] Lack of Privacy / Space
- [ ] Problems With Heat, Water, or Electricity
- [ ] Rats, Other Pests
- [ ] Refrigerator Faulty / Missing
- [ ] Housing Code Violations (lead, etc.)
- [ ] Sleeping Room Inadequate
- [ ] Stove Faulty / Missing
- [ ] Safety
- [ ] Noise
- [ ] Other: _____

Comments: *necessities ok*

**33. Does Client Expect To Move Before Baby Is Born?** [✓] Yes [ ] No
Comments:

**34. Daily Activities:** (Check all that apply)
- [✓] Job *W/E*
- [ ] Student
- [ ] Caring For Children
- [ ] Caring For Adult Dependents
- [ ] Exercise / Sports
- [ ] Other: _____

Comments:

**35. Description of Daily Schedule, Including Most Active Period of Day/night:** *stay home*

**36. Number of Hours of Sleep:**
Pre-Pregnancy: _____
During This Pregnancy: *can't sleep at night*

**37. Level of Daily Activity:**
- [ ] Hectic / Too Busy
- [ ] Manageable / Comfortable
- [✓] Bored / Not Enough To Do

**38. Level of Physical Activity:**
- [ ] Strenuous
- [ ] Moderate
- [ ] Light
- [✓] Inactive

Comments:

## PHYSICAL AND GENERAL HEALTH

**39. Client's Current Sources of Health Care:**

Traditional Providers (Give Names)
- Private Physician: _____
- Health Center: _____
- Hospital Clinic: *RHMC*
- Other: _____

**40. Alternative Sources of Care:**
- [ ] Acupuncturist
- [ ] Faith Healer
- [ ] Herbalist / Botanica
- [ ] Lay Midwife
- [ ] Other: _____  *NO*

**41. Has Client Ever Had An Internal (Gynecologic) Exam:** [✓] Yes [ ] No
Comments:

**42. Client's Feelings About Her Health:**
- [ ] Excellent
- [✓] Good
- [ ] Fair
- [ ] Poor

Comments: (Include Changes / Problems Due To Pregnancy)

**43. Personal Habits Associated With Health Risk:**
- [ ] Smokes Cigarettes  Amount: ∅
- [ ] Takes a Drink  Amount: ∅
- [ ] Takes Tranquilizers or Other Medication  Amount: ∅  Type: _____
- [ ] Gets High on Drugs  Type: *past — long*  Amount: *weed* 
*Tx*

**44. Methods of Dealing With Stress:**
- [ ] Eats  What: _____  Amount: _____
- [ ] Stress Minor—No Method Used
- [ ] Exercises / Takes a Walk
- [✓] Talks To A Friend
- [ ] Works Harder
- [ ] Withdraws
- [ ] Prays, Goes To Church
- [ ] Other: _____

**45. Has Client Ever Had Emotional / Psychological Problems?** [✓] No [ ] Yes
If YES, Specify:
- [ ] Depression
- [ ] Suicidal Thoughts / Attempts
- [ ] Anxiety
- [ ] Other: _____

Comments: (Include Whether or Not Client Has Ever Sought Formal Counseling / Psychiatric Help)

400056
Diaz v. Safeway

**46. List Any Additional Concerns Client Has About Pregnancy or Baby:**

EXHIBIT D
Page 4 of 9

## PREVIOUS PREGNANCY

**14. Previous Pregnancies:** ☐ Yes ☒ No
Total Number of Prior Pregnancies _____
IF **NO**, SKIP TO QUESTION 19

**15. Did Other Pregnancies Go To Term?** ☐ Yes ☒ No
If NO, Did Pregnancy End In
☐ Miscarriage ☐ Abortion ☐ Pre-Term Birth
Comments:

**16. Did Client Receive Prenatal Care For Preceeding Pregnancy?** ☒ No ☐ Yes
If YES, In What Trimester Did Care Begin
☐ 1st ☐ 2nd ☐ 3rd ☐ Don't Know

**17. Where Was Care For Preceeding Pregnancy Received?**
Provider Name: _____
Address: _N/A_

**18. Feelings About Care Received Preceeding Pregnancy:**
☐ Excellent ☐ Satisfactory ☐ Unsatisfactory
Comments: N

## FAMILY AND HOME LIFE

**19. Adults That Client Lives With:** (Check All That Apply)
☒ Father of Baby _Feb_
☐ Parent(s)
☐ Grandparent(s)
☐ F.O.B.'s Family
☐ Other: _____
☐ None
_began_

**20. Problems With Partner / Family Members:**
☐ Multiple Partners or Bisexual or Drug-Abusing Partner
☒ Wants More Information About Risk of HIV Transmission
☐ Alcoholic Partner or Family Member
☐ Physically or Emotionally Abusive Partner or Family Member
Comments:

**21. Does Client Have Other Living Children?** ☐ Yes ☒ No
If YES, Specify Number and Age(s) of Children Living With Her
Number of Children: _____
Name(s) and Age(s) of Children:

**22. Specify Name(s), Age(s), and Situation(s) of Any Children Living Elsewhere (e.g., adoption, foster care, relative, other):**
N/A

**23. Have Any of Client's Children Died?** ☐ Yes ☒ No
Comments (Include Age(s) at Death and Circumstance(s):

**24. Identified Support Person(s) During Pregnancy:**
☒ Partner ☒ Mother
☐ Friend ☐ None
☐ Other _____
Name of Support Person: _Gloria Colon_

**25. Adequacy of Support Network:** ☒ Excellent ☐ Adequate ☐ Poor
Comments:

**26. Client's Assessment of Her Independence / Dependence:**
☐ Isolated
☒ Independent
☐ Semi-Dependent
☐ Heavily Dependent

**27. Sources of Child Care During Prenatal Visits:**
☒ None/Problem ☐ Babysitter / Day Care
☐ Family Member ☐ Not Applicable
In An Emergency:
☒ None/Problem ☐ Babysitter / Day Care
☐ Family Member ☐ Not Applicable

**28. Usual Means of Transportation:**
☐ Own Car ☐ Bus
☐ Friend's Car ☐ Walk
☐ Taxi ☐ No Reliable Source
☒ Other: _Moms Car_

**29. Current Residence Is:** ☒ Permanent ☐ Temporary
☐ Client's Own Home/Residence
☐ Someone Else's Home
Comments:

400057
Diaz v. Safeway

**30. Length of Time in Current Residence:** _____

**31. Type of Residence:** ☐ Single Family Dwelling ☒ Apartment ☐ Shelter ☐ Group Setting

EXHIBIT D
Page 5 of 5

4/11/02

RTC 3 wks
24 hr urine
protein
N.V.

Pt. defs
[illegible]

Presented
[illegible] 4/11 —
Dr. [illegible]

4/12/02
0930

19'
Pt told to f/u today. Had PIH panel
24 hr urine ⇒ 220
Denies h/o HA/visual Δs/RUQ pain.
Denies dysuria/frequency.
No complaints.
Preterm Labor/VB/LOF/SAB precautions reviewed
watch wt gain.
[signature] Meaner —

[signature] Delzy, MD

Pt called c/o really bad pain in belly under button
to vagina. Bad sx yesterday. Better but since there
today. Also c/o constant cramping abdominally and
not getting better. ⊖ Vag. bleeding. Fever really
high yesterday ⊖ urinary Dc. c/o dry heaving
To clinic asap for evaluation
[signature] Short

EXHIBIT D
Page 6 of 9

The Reading Hospital and Medical Center

NAME: DIAZ, MARINA
MR #: 0988084
DOB: 04/22/1984
SSN: 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

PROGRESS NOTES

400067
Diaz v. Safeway

1) CATH UA
   C&S

2) RTC 7/2/02
   (appt is scheduled)

4/23/02  20 4/7 wks

S/O: Seen for problems vs. Pt. reports back pain & abdominal pain x 2 days. States is sharp @ umbilicus & goes down into symphysis. Denies VB/LOF. Reports (+) FM although may be less today. (+) FHT @ 150. States had fever yesterday - temp now 36.8 po. Reports s/s of sinusitis, some relief yesterday c Tylenol. Denies N/V/D. Has had nothing to drink since 5am.
Cx exam: 2.5cm long / 60% / FT - closed / midposition

A: 17 y.o. G1P0
   IUP @ 20 4/7 wks
   suspect viral syndrome /
   common physiologic symptoms of pregnancy
   vs. UTI
   R/O PTL

P: Encouraged to ↑ po fluids, to take Tylenol / Sudafed as needed. May use heat to back. Reviewed danger signs & to call c VB/LOF/↑↑ or UC's > 4/hr. Discussed normal discomf. of preg. vs. PTL. Pt. verbalizes understand.
D/w Dr. Ng.

                            Audrey Griffin
                           [signature]

EXHIBIT D
Page 2 of 9

The Reading Hospital and Medical Center

NAME: DIAZ, MARINA
MR #: 0988084
DOB: 04/22/1984
SSN: 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

PROGRESS NOTES

400068
Diaz v. Safeway

**CENTER FOR WOMENS HEALTH CARE, LLC**
PEGGY DOWNING, M.D.   ELLEN FAUCETT, D.O.
AMY ELDER, ANP   ELLEN PALMER, CNM   VIRGINIA GLIFORT, CNM
642 S. Alaska Street, Ste. 206
Palmer, AK 99645

Telephone: (907) 746-4963
Fax: (907) 746-1894

DEA #_____

Name: Marina Diaz    Date: 7/23/02

Address: _____

℞  I released Marina to work, with restrictions (because of complications of pregnancy) which were not acceptable to her employer. She, therefore, didn't get the job. For her to get to her classes she has to take the bus. It takes her 2½ hours each way. →

This is not acceptable. She needs ≤ 8° day. She has to be able to follow the Gestational Diabetes diet (3 meals + 3 snacks and checking her sugars 4 times a day. She is also not to do prolonged standing ≥ 4°, repetitive bending + stooping and ≤ 40° work-week with no more than 8° per day.

Thank-you, Ellen Faucett DO

Refill - 0 - 1 - 2 - 3 - 4 - PRN

3186

EXHIBIT D
Page 8 of 9
400159
Diaz v. Safeway

# HEALTHSOUTH

Patient: Marina Diaz
Visit Date: Oct 29, 2002

| | Left | Right |
|---|---|---|
| **Special Tests: Lumbar:** | | |
| • Slump | Aggravates Symptoms | Aggravates Symptoms |
| • Straight Leg Raise | 35-70 deg: Ipsilateral Pain | 35-70 deg: Ipsilateral Pain |
| **Special Tests: Sacroiliac Complex:** | **Left** | **Right** |
| • Compression | Positive | Positive |
| • Distraction | Aggravates Symptoms | Aggravates Symptoms |

# Treatments

**Patient Education:**
- Patient Education 1    Time Elapsed (Min): 10, Additional Detail: posture, POE, body mechanics, Description: '.

# Assessment

In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve goals outlined below. Overall rehabilitation potential is fair. The functional problems and goals identified herein which necessitate skilled rehabilitation therapy over the next 45 days are outlined below. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits fair understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session. The client tolerated today's treatment/therapeutic activity with marked complaints of pain and difficulty.
Pt never askes if her pain was going to get better,but repeatedly askes of I thought this pain was caused by her fall.Due to the recent pregnancy it is difficult to say what is causing the patient's pain.difficulty tolerating IE, yet no appat. distre

**Evaluation Components:**
- Social Services: Consult not needed.

**Presentation:**
- Inconclusive.

# Problems & Goals

| | |
|---|---|
| *Problem #1* | **Chief Complaint: Pain: Severity at Worst: 9/10.** |
| STG: 2 Weeks | **Symptomatic Improvements:** |
| | • Decreasing Pain: to 6/10. |
| LTG: 1 Month | **Symptomatic Improvements:** |
| | • Decreasing Pain: to 1/10. |
| *Problem #2* | **Functional Capability: Bend Forward at Waist: Unable to Perform.** |
| LTG: 1 Month | **Functional Improvements In:** |
| | • able to bend at waist |
| *Problem #3* | **ADL/Functional Status: Pt has difficulty picking up her 7 week old baby, as well as all bending activities.** |
| LTG: 1 Month | **ADL Improvements In:** |
| | • Overall Function to Pre Morbid Levels. |
| *Problem #4* | **Client Knowledge/Awareness of: Home Exercise Program: Poor.** |
| STG: 2 Weeks | **Client Education:** |
| | • compliant with HEP |
| LTG: 1 Month | **Client Education:** |
| | • Independent Home Exercise/Self Care Program. |
| *Problem #5* | **Range of Motion: Lumbar.** |
| LTG: 1 Month | **Range of Motion Improvements to: Lumbar:** |

| | |
|---|---|
| • Active Extension | 60.00 Degrees |
| • Active Flexion | 80.00 Degrees |
| • Active Rotation Left | 75.00 Degrees |
| • Active Rotation Right | 75.00 Degrees |
| • Active Side Bend Left | 60.00 Degrees |
| • Active Side Bend Right | 60.00 Degrees |

400293
Diaz v. Safeway