Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  (907) 279-3581
Fax:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,            )<br>                                            )<br>          Plaintiff,            )<br>                                            )<br>     vs.                                )<br>                                            )<br> SAFEWAY, INC.,             )<br>                                            )<br>          Defendant.          )<br>_____) | Case No. A05-0001CV (TMB) |

**JOINT CERTIFICATE OF READINESS FOR TRIAL**

Pursuant to the Court's Order requesting a Certificate of Readiness, dated March 6, 2006, the parties have conferred and jointly certify as follows:

1. (a) Discovery is complete;

(b) There is a potential outstanding procedural or legal issue to be determined regarding the role of the State of Alaska, Alaska Department of Health & Social Services ("DHSS") and whether it is the real party in interest to pursue recovery of plaintiff's medical expenses that were paid by Medicaid.  Medicaid has advised counsel that it considers itself a party with an interest in any recovery by way of judgment or settlement.  Defendant Safeway intends to file a motion adding DHSS as a real party in interest regarding plaintiff's claim for medical expenses.

(c)   Settlement has been explored and the parties are still far apart. However, settlement is not deemed remote at this point. Plaintiff is interested in a judicial settlement conference, but Safeway doubts a settlement conference would be successful. If the Court were to order a settlement conference, both parties agree a settlement cannot be reached without participation by the Assistant Attorney General representing DHSS' interests in this matter. Assistant Attorney General Timothy M. Twomey would have to participate because Safeway will not settle the litigation piecemeal, and any Medicaid lien would have to be extinguished as part of any settlement.

2.   Counsel requests that trial be set no earlier than September 18, 2006. Both counsel are currently available for trial the week of September 18, and October 9, 2006.

DATED at Anchorage, Alaska this 22nd day of March, 2006.

DELANEY WILES, INC.
Attorneys for Defendant SAFEWAY, INC.

s/ Donna M. Meyers
dmm@delaneywiles.com
Alaska Bar No. 9060011
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
Phone: 907-279-3581/Fax: 907-277-1331


Law Offices of Benjamin I. Whipple
Attorney for Plaintiff Marina V. Diaz

s/ Benjamin I. Whipple (Consent)
Alaska Bar No.: 9311096
481 West Arctic Avenue
Palmer, Alaska   99645
Phone: 907-745-1776/Fax: 907-745-1775

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document **JOINT CERTIFICATE OF READINESS FOR TRIAL** was served electronically and mailed via USPS, first class, postage prepaid on the 22nd day of March, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/115142