Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581

Attorneys for Safeway, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,                                )<br>                                                          )<br>                    Plaintiff,                     )<br>                                                          )<br>          vs.                                          )<br>                                                          )<br>SAFEWAY, INC.,                               )<br>                                                          )<br>                    Defendant.                   )<br>_____ ) | Case No. A05-0001CV (TMB) |

### MOTION FOR LEAVE OF COURT TO FILE
### MOTION TO JOIN AN INDISPENSABLE PARTY

Defendant Safeway, Inc. ("Safeway"), by and through counsel of record, Delaney Wiles, Inc., files this motion for leave of court to file a motion to join an indispensable party.

This case involves a slip and fall that occurred on July 3, 2002 at a Carrs store owned by defendant Safeway, Inc. ("Safeway").[1] Plaintiff Marina Diaz, who was seven months pregnant, claims she slipped and fell on a grape and sustained, among other things, physical injuries.[2] Diaz sought medical treatment which was paid primarily through Medicaid benefits. Diaz filed suit against Safeway seeking, among other things,

_____

[1] *See generally* Complaint.
[2] *Id.* at ¶5.

compensation for her past medical expenses.[3]  The State of Alaska claims a statutory assignment, lien and subrogation rights arising out of the past medical payments made on behalf of Diaz.[4]  Safeway has denied any liability for Diaz' injuries.[5]

Just recently, on January 23, 2006, Safeway was notified by the State of Alaska that it was seeking to recover a Medicaid lien totalling $9,262.41 from Safeway.[6]  In its letter, the State of Alaska also explained: "The State considers itself a party with an interest in the recovery at issue and in any payments made in settlement."[7]  Because of the State of Alaska's asserted interest, and because Safeway was notified of the State of Alaska's interest after the time for filing a motion to add parties or amend the pleadings expired,[8] Safeway seeks leave of court to file a motion to have the State joined as a party to this litigation.  As set forth in Safeway's underlying motion to join the State of Alaska, and incorporated herein, joinder is warranted under Federal Rules of Civil Procedures 17, 19, and 20.  Because leave to amend pleadings and add parties should be freely granted, *see* Fed. R. Civ. P. 15(a);  *Union Pacific R. Co. v. Nevada Power Co.*, 950 F.2d 1429, 1432 (9th Cir. 1991); *Desert Empire Bank v. Insurance Co. of North America*, 623 F.2d

---

[3]  Complaint at ¶10.
[4]  *See* Exhibit A at 1-2; letter from Assistant Attorney General Twomey, dated January 23, 2006.
[5]  *See generally* Answer.
[6]  Exhibit A at 2.  Initially, the State claimed the Medicaid lien was $9,593.26, but subsequently acknowledged there was an error in its computation and sent a subsequent letter to Safeway's counsel stating the correct amount is $9,262.41.  *See* Exhibit B, letter from Assistant Attorney General Twomey dated February 16, 2006.
[7]  Exhibit A at 2.
[8]  *See* Court's Order Dated March 30, 2005 at 3.

1371, 1374 (9th Cir. 1980), and because Safeway was not dilatory in seeking to file the

underlying motion to join the State of Alaska, the Court should grant Safeway's motion.

DATED at Anchorage, Alaska this 5th day of April, 2006.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant SAFEWAY, INC.

s/ Donna M. Meyers
Alaska Bar No.  9060011
dmm@delaneywiles.com
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581/Fax:  907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct
copy of the foregoing **MOTION FOR
LEAVE OF COURT TO FILE MOTION
TO JOIN AN INDISPENSABLE PARTY** was
served electronically and mailed via
USPS, first class, postage prepaid on
the 5th day of April, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/115622