# STATE OF ALASKA

## DEPARTMENT OF LAW

*OFFICE OF THE ATTORNEY GENERAL*

FRANK H. MURKOWSKI, GOVERNOR

1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-5903
PHONE:    (907)269-5100
FAX:       (907)258-6872

February 16, 2006

RECEIVED
FEB 17 2006
DELANEY WILES, INC.

Ms. Donna M. Meyers, Esq.
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W 3rd Avenue, Suite 400
Anchorage, AK  99501

Re:   Medicaid recipient: Marina Diaz
      Date of incident: 7/3/2002
      Current Medicaid lien: $9,262.41
      *Diaz v. Safeway, Inc.*

Dear Ms. Meyers:

Our office has reviewed the claims detail report again. It appears that a claim amount was improperly included in the first calculation that has now been determined to be a zero dollar amount. The State's lien is reduced to $9,262.41 in this case.

Thank you for your attention to this matter.

Sincerely,

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*
Timothy M. Twomey
Assistant Attorney General

TT: klv: sko
Cc: Mr. Ben Whipple, Esq. 481 W Arctic Avenue, Palmer, AK  99645

EXHIBIT B
Page 1 of 1