Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAFEWAY, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. A05-0001CV (TMB) |

**(PROPOSED) ORDER GRANTING MOTION FOR LEAVE OF COURT
TO FILE MOTION TO JOIN AN INDISPENSABLE PARTY**

Defendant Safeway, Inc.'s motion to motion for leave of court to file a motion to join an indispensable party is hereby **GRANTED**.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska this ____ day of _____, 2006.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **PROPOSED ORDER GRANTING MOTION TO FOR LEAVE OF COURT TO FILE MOTION TO JOIN AN INDISPENSABLE PARTY** was served electronically and mailed via USPS, first class, postage prepaid on the 5th day of April, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/115623