Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,               )<br>                                              )<br>         Plaintiff,                    )<br>                                              )<br>    vs.                                   )<br>                                              )<br>SAFEWAY, INC.,                 )<br>                                              )<br>         Defendant.                )<br>_____) | Case No. A05-0001CV (TMB) |

**(PROPOSED) MOTION TO JOIN AN INDISPENSABLE PARTY**

Defendant Safeway, Inc. ("Safeway"), by and through counsel of record, Delaney Wiles, Inc., files this motion to join the State of Alaska as a party plaintiff or as an intervenor for purposes of asserting its claim to a statutory assignment, lien and subrogation rights arising out of Medicaid payments made on behalf of plaintiff Marina

Diaz. This motion is supported by the attached memorandum and exhibits filed herewith.

DATED at Anchorage, Alaska this 5th day of April, 2006.

      DELANEY, WILES, HAYES,
      GERETY, ELLIS & YOUNG, INC.
      Attorneys for Defendant SAFEWAY, INC.

      s/ Donna M. Meyers
      Alaska Bar No. 9060011
      dmm@delaneywiles.com
      1007 West Third Avenue, Suite 400
      Anchorage, Alaska 99501
      Phone: 907-279-3581/Fax: 907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **(PROPOSED) MOTION TO JOIN AN INDISPENSABLE PARTY** was served electronically and mailed via USPS, first class, postage prepaid on the 5thday of April, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska 99645

s/Donna M. Meyers/114143