Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAFEWAY, INC.,<br><br>            Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-0001CV (TMB) |

**(PROPOSED) ORDER GRANTING (PROPOSED) MOTION
TO JOIN AN INDISPENSABLE PARTY**

Defendant Safeway, Inc.'s motion to join the State of Alaska is hereby **GRANTED**. The State of Alaska is ordered to join as a party plaintiff or as an intervenor for purposes of asserting its claim to a statutory assignment, lien and subrogation rights arising out of Medicaid payments made on behalf of plaintiff Marina Diaz.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska this ____ day of _____, 2006.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing (**PROPOSED) ORDER GRANTING (PROPOSED) MOTION TO JOIN AN INDISPENSIBLE PARTY** was served electronically and mailed via USPS, first class, postage prepaid on the 5th day of April, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/114146