Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

RECEIVED

APR 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz,<br><br>       Plaintiff,<br><br>v.<br><br>Safeway, Inc.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:05-CV-0001 TMB |

### PLAINTIFF'S UNOPPOSED REQUEST FOR SETTLEMENT CONFERENCE

COMES NOW plaintiff Marina Diaz, through counsel, and requests the scheduling of a settlement conference with an available judge or magistrate. Defense counsel for Safeway has indicated Safeway is not opposed to the scheduling of a settlement conference but will not ask for it. See, Joint Certificate of Readiness for Trial. Plaintiff is not opposed to participation at the settlement conference by a

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE
DIAZ-PLE.009
3:05-CV-0001 TMB

1

representative of the State of Alaska.

DATED this _13th_ day of April 2006.

By _____
Benjamin I. Whipple
Alaska Bar No. 9311096
Attorney for Plaintiff

I certify that a copy of the foregoing was mailed by first class mail to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990

Mr. Timothy M. Twomey
Asst. Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501

on April _13_, 2006.

_____
Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE
DIAZ-PLE.009
3:05-CV-0001 TMB

2