Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

RECEIVED
APR 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz,              )<br>                              )<br>        Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>Safeway, Inc.,                )<br>                              )<br>        Defendant.            )<br>_____) | Case No. 3:05-CV-0001 TMB |

PLAINTIFF'S NON-OPPOSITION
TO DEFENDANT'S MOTION FOR LEAVE OF COURT
<u>TO FILE MOTION TO JOIN INDISPENSABLE PARTY</u>

  COMES NOW plaintiff Marina Diaz, through counsel, and files her non-opposition to defendant Safeway's motion for leave of court to file a motion to join the State of Alaska. Plaintiff reserves the right to oppose the motion to join if and when it is filed.

  DATED this 20th day of April 2006.

        By _____
          Benjamin I. Whipple
          Alaska Bar No. 9311096
          Attorney for Plaintiff

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S NON-OPPOSITION
DIAZ-PLE.010
3:05-CV-0001 TMB

1

I certify that a copy of the foregoing was mailed by first class mail to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990

Mr. Timothy M. Twomey
Asst. Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501

on April 20, 2006.

*/s/ Ben Whipple*
Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S NON-OPPOSITION
DIAZ-PLE.010
3:05-CV-0001 TMB

2