Donna M. Meyers
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAFEWAY, INC., )<br>)<br>Defendant. )<br>_____) | Case No. A05-0001CV (TMB) |

**MOTION TO JOIN AN INDISPENSABLE PARTY**

Defendant Safeway, Inc. ("Safeway"), by and through counsel of record, Delaney Wiles, Inc., files this motion to join the State of Alaska as a party plaintiff or as an intervenor for purposes of asserting its claim to a statutory assignment, lien and subrogation rights arising out of Medicaid payments made on behalf of plaintiff Marina

Diaz. This motion is supported by the attached memorandum and exhibits filed herewith.

DATED at Anchorage, Alaska this 4th day of May, 2006.

>DELANEY, WILES, HAYES,
>GERETY, ELLIS & YOUNG, INC.
>Attorneys for Defendant SAFEWAY, INC.
>
>s/ Donna M. Meyers
>Alaska Bar No. 9060011
>dmm@delaneywiles.com
>1007 West Third Avenue, Suite 400
>Anchorage, Alaska  99501
>Phone:  907-279-3581/Fax:  907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MOTION TO JOIN AN INDISPENSABLE PARTY** was served electronically and mailed via USPS, first class, postage prepaid on the 4th day of May, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/11