# STATE OF ALASKA

## DEPARTMENT OF LAW

OFFICE OF THE ATTORNEY GENERAL

FRANK H. MURKOWSKI, GOVERNOR

1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-5903
PHONE:   (907)269-5100
FAX:        (907)258-6872

January 23, 2006

**CERTIFIED MAIL RETURN RECEIPT # 7003 2260 0001 0348 2918**

Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
Ms. Christine Watne, Paralegal
1007 West 3rd Ave., Ste. 400
Anchorage, AK  99501



RECEIVED
JAN 25 2006
DELANEY WILES, INC.

    Re:    Medicaid recipient:  Marina Diaz
            Date of incident:  7/3/2002
            Current Medicaid lien:  $9,593.26
            Insurance claim no.:  unknown

Dear Ms. Watne:

    This letter is in response to your letter dated January 17, 2006, and is also intended to advise you of issues and concerns that the State of Alaska has in connection with the status of the above referenced litigation.  The State has statutory assignment, lien and subrogation rights arising out of the Medicaid payments made on behalf of Marina Diaz.  As of recent review, the State has paid $9,593.26 for medical services we believe are related to this injury.  Please note that the claims that are check marked in the enclosed report are those included in the State's lien.  A new copy of the report has been ordered to review for additional claims paid.  In response to your request for a copy of the application record, please contact the Division of Health Care Services for that information.  Also, please note that Medicaid and Medicare are different entities, and Medicare records will have to be obtained from the Medicare office.  The State continues to reserve all rights to recovery as against any potentially responsible third-party and continues to assert its rights as against any recovery by Marina Diaz, by way of settlement, judgment or insurance payment.

    Under federal law, if a state plan grants Medicaid benefits to an individual when a third party is liable; the state must seek reimbursement from the third party.  Federal law also requires the recipient to assign any rights he or she has to seek payment from a third party to the state.  When a recovery is made, the state is reimbursed for its payments and the remainder of the recovery, if any, is paid to the recipient.  In order to participate in the federal Medicaid program, states must have these rules.

    A Medicaid recipient must agree to the following as a condition of Medicaid eligibility:

EXHIBIT __A__
Page __1__ of __2__

Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc

January 23, 2006
Page 2

**MEDICAL REIMBURSEMENT AGREEMENT**

If the State of Alaska makes payment for services caused by injury or illness, you must agree to include all payments made by the state in any legal claim made against a third party and to notify the Division of Medical Assistance of that claim. If you receive an insurance or court settlement, you must repay the state for the medical benefits provided as a result of the incident for which you are receiving the settlement. If married, but signing alone, you are acknowledging that benefits are for you, your spouse, or covered dependents. You and your spouse are both bound by this agreement.

It is the position of the State that you and your client are obligated to refrain from taking any action that may impair or impede the State's assignment, subrogation and lien rights. In the absence of such resolution and full reimbursement payment by the parties, your client may be exposed to further or additional claims by the State, specifically, the reasonable attorney's fees and litigation costs incurred in the enforcement of the lien or other action taken by the State to recover the Medicaid payments made on the recipient's behalf.

Please provide us with the following information: the identity of any insurance policy, and policy limits, potentially applicable to this matter; advise us whether you have presented an opportunity to resolve this matter and describe the status of settlement negotiations.

The State considers itself a party with an interest in the recovery at issue and in any payments made in settlement. Your client does not have authority to extinguish the subrogation and lien rights of the State.

We encourage you to communicate with this office. Please direct your future communications concerning this matter to the undersigned on behalf of the State of Alaska. The State of Alaska reserves its right to pursue all remedies available.

Thank you for your attention to this matter.

Sincerely,

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*
Timothy M. Twomey
Assistant Attorney General

TT:klv:sko
Enclosure: Medicaid detailed report

EXHIBIT A
Page 2 of 2