Donna M. Meyers
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  (907) 279-3581
Fax:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAFEWAY, INC., )<br>)<br>Defendant. )<br>_____) | Case No. A05-0001CV (TMB) |

**JOINT STATUS REPORT**

COME NOW plaintiff Marina Diaz and defendant Safeway, Inc., through respective counsel, and file their Joint Status Report in response to the Court's Order dated May 8, 2006.

    A.    Nature of the Case.

        1.    Lead counsel.

           For plaintiff:    Ben Whipple

           For defendant:    Donna M. Meyers

        2.    Diversity jurisdiction.

3. This is a personal injury negligence action against a supermarket by a customer who slipped on spilled fruit. Defendant Safeway denies liability and asserts that plaintiff was comparatively negligent and that some medical expenses may be attributable to causes other than the fall.

4. Defendant Safeway has moved to add the State of Alaska to the case as a real party in interest. The State has indicated it will participate in any settlement conference without becoming an official party.

5. Legal issues: None.

6. Factual issues: Causation/liability/damages.

B. Discovery.

Discovery is complete. A Joint Certificate of Readiness for Trial was filed on March 22, 2006.

C. Trial.

Trial is anticipated to take no longer than a week. A jury is requested.

D. Settlement.

A settlement conference has been requested by one of the parties. Settlement memoranda are due on May 19, 2006, in Judge von der Heydt's chambers. Judge von der Heydt will evaluate whether there is reason to believe a settlement of the case can be negotiated.

DATED at Anchorage, Alaska this 18th day of May, 2006.

DELANEY WILES, INC.
Attorneys for Defendant SAFEWAY, INC.

s/ Donna M. Meyers (Consent)
dmm@delaneywiles.com
Alaska Bar No. 9060011

1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  907-279-3581/Fax:  907-277-1331


Law Offices of Benjamin I. Whipple
Attorney for Plaintiff Marina V. Diaz

s/ Benjamin I. Whipple (Consent)
Alaska Bar No.:  9311096
481 West Arctic Avenue
Palmer, Alaska  99645
Phone:  907-745-1776/Fax:  907-745-1775

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document **JOINT STATUS REPORT** was served electronically on the 18th day of May, 2006, on:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/117229