UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MARINA V. DIAZ, )
　　　　　)
　　Plaintiff, )
　　　　　) Case No. 3:05-cv-00001 TMB
v. )
　　　　　) ORDER SCHEDULING
SAFEWAY, INC., ) SETTLEMENT CONFERENCE
　　　　　)
　　Defendant. )
_____)

IT IS ORDERED:

1. THAT a settlement conference convene in chambers at Anchorage before the undersigned judge on Thursday, June 15, 2006, at 9:30 a.m.

2. THAT at said conference all counsel appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time above-specified.

DATED at Anchorage, Alaska, this First day of June 2006.

　　　　　　　　　　/s/ James A. von der Heydt
　　　　　　　　　　James A. von der Heydt
　　　　　　　　　　United States District Judge