## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Marina Diaz*　　　　　　　v.　　　*Safeway, Inc.*

　　　　　　　　　　　　　　　　　　　　Case No. 3:05-cv-00001 TMB

　　　THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
　　　Plaintiff: Benjamin I. Whipple
　　　Defendant: Donna Meyers

l. davis, secretary

---

**ORDER FROM CHAMBERS**

　　　Settlement Conference held.  Case did not settle.  Any party may move for further conference at any time.


DATED: June 15, 2006　　　　　　　　　　　　　by: mld