IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SAFEWAY, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | )   Case No. 3:05-cv-0001 TMB |

**ORDER GRANTING MOTION
TO JOIN AN INDISPENSABLE PARTY**

There being no Opposition, Defendant Safeway, Inc.'s Motion to join the State of Alaska is hereby **GRANTED**. The State of Alaska is ordered to join as a party plaintiff or as an intervenor for purposes of asserting its claim to a statutory assignment, lien and subrogation rights arising out of Medicaid payments made on behalf of plaintiff Marina Diaz.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska this 21st day of June, 2006.


                                          s/ Timothy Burgess
                                          Timothy M. Burgess
                                          United States District Court Judge