Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Safeway, Inc., | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

**PLAINTIFF'S PROPOSED JOINT STATEMENT OF ISSUES**

COMES NOW plaintiff Marina Diaz, through counsel, and proposes the following as a joint statement of issues to be tried.

1. Whether Safeway, Inc. breached its duty of care to Marina Diaz.

2. Whether Marina Diaz' lower back problem and related medical expenses were caused by her slip and fall at Safeway.

3. Whether the behavior of employees of Safeway, Inc. was reckless and callous to the degree that it should be liable for punitive damages.

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S PROPOSED JOINT STATEMENT OF ISSUES
DIAZ-014
3:05-CV-0001 TMB

1

    4.    Whether Marina Diaz was comparatively negligent.

    5.    Whether Marina Diaz failed to mitigate her damages.

DATED this 31st day of July 2006.

By _____
    Benjamin I. Whipple
    Alaska Bar No. 9311096
    Attorney for Plaintiff

I certify that a copy of the foregoing was faxed to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax: 907-277-1331

Mr. Tim Twomey
Asst. Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Fax: 907-258-6872

on July 31, 2006.

_____
Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S PROPOSED JOINT STATEMENT OF ISSUES
DIAZ-014
3:05-CV-0001 TMB

2