Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Safeway, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

**PLAINTIFF'S STATEMENT OF UNCONTESTED FACTS**

COMES NOW plaintiff Marina Diaz, through counsel, and submits her statement of uncontested facts. In doing so, plaintiff does not waive the right to testify concerning these same facts. Plaintiff objects to these facts being read to the jury. She would rather have the jury learn them in the context of testimony at trial.

On July 3, 2002, Marina Diaz, her boyfriend Eugenio and her uncle Roberto went to the Carrs grocery store in Palmer, which is owned and operated by Safeway, Inc. Marina was eighteen years old and seven months pregnant. While uncle Roberto walked off to another part of the store, Marina and

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S STATEMENT OF UNCONTESTED FACTS
DIAZ-015
3:05-CV-0001 TMB

1

Eugenio went over to the produce section to shop. Marina suddenly slipped on something slippery on the floor. As she fell, she 'did the splits', her right foot shooting forward and her left leg back, and she eventually landed on her buttocks. Eugenio helped her up and she saw that she had slipped on some fruit, like cherries or plums, which had been on the floor. She also noticed a couple of Safeway employees nearby. One was laughing at her predicament. She did not speak to them. Marina and Eugenio went over to customer service and spoke with a manager about the fruit on the floor and her fall. He seemed amused until she told him she was pregnant.

  She felt some contractions and her back was hurting so she and Eugenio and Roberto went immediately to Valley Hospital so she could get checked out. After an evaluation, including x-rays and sonogram and some observation time, she was released. The contractions had stopped but the pain in her back continued. This all happened on a Wednesday. The following Tuesday, while taking a shower, Marina noticed vaginal bleeding. Immediately she returned to Valley Hospital for further examination where she was attended by Dr. Ellen Faucett, whom she had been seeing for her pregnancy. It was decided that Marina stay several days for close observation. Thankfully, the bleeding stopped. She was discharged several days later, but remained concerned about whether her baby was alright.

  In July, August and September Marina continued to see Dr. Faucett for her pregancy care. During a checkup on August 23rd Marina did something stupid. She had by that time

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S STATEMENT OF UNCONTESTED FACTS
DIAZ-015
3:05-CV-0001 TMB

retained an attorney in Anchorage to represent her and her unborn baby with regard to the slip and fall claim. She asked Dr. Faucett, that even if her baby was normal whether the doctor would write something and say that it isn't, and they would share the money from the lawsuit with her. Dr. Faucett emphatically refused and explained to Marina that would be fraud. No more was said on the matter. Dr. Faucett recorded the incident in her notes and Marina and that attorney parted ways. Marina admits it was a wrong thing for her to do.

In September Marina delivered a healthy baby boy, whom she named Eugenio. In October she developed acute appendicitis, which required surgery for the removal of her appendix. And in December Marina came down with gall bladder trouble, which required more surgery. So on top of being a new mother Marina had a very challenging fall. Complicating matters more, the pain in lower back had not subsided.

In October Marina went to family doctor Laurie Dahms about the continuing pain in her lower back. Dr. Dahms referred her to physical therapy, first at HealthSouth Physical Therapy. Marina later switched to the physical therapy department at Valley Hospital, which she attended about one or two times a week until June 2003. An MRI imaging study indicated minimal to mild disc bulging in her lower back. The pain in her lower back remained unresolved, so she received chiropractic treatment from Dr. Garden in Wasilla from December 2003 through April 2004. Marina has found she must simply live with a certain amount of continuing pain in her lower back.

This back trouble has affected her worklife and

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S STATEMENT OF UNCONTESTED FACTS
DIAZ-015
3:05-CV-0001 TMB

3

earning ability. Marina had been scheduled to attend a new employee orientation at WalMart on July 9th. But since she was in the hospital for observation because of the vaginal bleeding she could not attend. Her doctor then placed her on lifting and hourly restrictions so work was impractical until after the birth. She therefore lost about two months of work. In late 2002 she worked as a cashier at the Wasilla WalMart and earned $902.51 at the rate of $8.00 an hour. Her back would trouble her for sitting long periods, but she needed the work. She quit because she was having trouble getting a babysitter for little Eugenio.

     Later, from April to July 2003, she worked at the McDonalds in Palmer at $8.00 an hour. As a cashier she did well, but when asked to mop the floors or move boxes she had difficulty and had to move slow and take time to sit down. She later got a job at the Peak Inn motel in Palmer as a maid. The bending required for cleaning and changing beds, however, was very painful for her. One time while at work the pain in her lower back and down her legs became so pronounced that she could hardly move. She called her boyfriend and asked him to come get her. She couldn't work the next day. The following day the manager asked her to return the keys; that she no longer had a job since she couldn't do the work. He did say that if her back got better she could return. More recently she worked at a mailing company, but found that she had difficulty keeping up with physical demands, which involved sorting bins of mail. This fall she plans to attend more school to get training as a C.N.A. because eventually she would like to be an R.N.

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S STATEMENT OF UNCONTESTED FACTS
DIAZ-015
3:05-CV-0001 TMB

4

DATED this 31st day of July 2006.

By _____
    Benjamin I. Whipple
    Alaska Bar No. 9311096
    Attorney for Plaintiff

I certify that a copy of the foregoing was faxed to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax:  907-277-1331

Mr. Tim Twomey
Asst. Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Fax:  907-258-6872

on July 31, 2006.

_____
Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S STATEMENT OF UNCONTESTED FACTS
DIAZ-015
3:05-CV-0001 TMB

5