Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| Marina V. Diaz, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Safeway, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ ) | Case No. 3:05-CV-0001 TMB |

PLAINTIFF'S MOTION FOR ACCEPTANCE OF HER
UNTIMELY-FILED STATEMENT OF ISSUES,
STATEMENT OF UNCONTESTED FACTS,
WITNESS LIST AND EXHIBITS

COMES NOW plaintiff Marina Diaz, through counsel, and moves for acceptance of her untimely-filed statement of issues, statement of uncontested facts, witness list and her exhibits.

Plaintiff's counsel did not review the court's pre-trial order soon enough to allow sufficient time to confer or be ready for filing materials by the July 24th deadline. Because of a family reunion he has been out of the office much of the past two weeks.  When he conferred with defense counsel

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S MOTION FOR ACCEPTANCE
DIAZ-017
3:05-CV-0001 TMB

1

on July 24th he learned that the defense counsel was not ready to go over exhibits with the court clerk.  They discussed filing a joint request for a week's extension to the following Monday.  Plaintiff's counsel mistakenly assumed that this request would pertain to all of the items due on July 24th, not just to exhibits.  He apologizes to the Court and to defense counsel for his oversights and the resulting delay.

DATED this 31th day of July 2006.

By _____
Benjamin I. Whipple
Alaska Bar No. 9311096
Attorney for Plaintiff

I certify that a copy of the foregoing was faxed to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax:  907-277-1331

Mr. Tim Twomey
Asst. Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Fax:  907-258-6872

on July 31, 2006.

_____
Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S MOTION FOR ACCEPTANCE
DIAZ-017
3:05-CV-0001 TMB