**Benjamin I. Whipple**
**481 West Arctic Avenue**
**Palmer, Alaska 99645**
**(907) 745-1776**
**bwhipple@mtaonline.net**

**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Marina V. Diaz,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **Safeway, Inc.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

ORDER ON
PLAINTIFF'S MOTION FOR ACCEPTANCE OF HER
UNTIMELY-FILED STATEMENT OF ISSUES,
STATEMENT OF UNCONTESTED FACTS,
<u>WITNESS LIST AND EXHIBITS</u>

THE COURT, having considered plaintiff's motion for acceptance of her untimely-filed statement of issues, statement of uncontested facts, witness list and her exhibits, and any response, hereby grants the motion.

DATED this _____ day of _____ 2006.


By _____

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

ORDER ON PLAINTIFF'S MOTION FOR ACCEPTANCE
DIAZ-018
3:05-CV-0001 TMB

1

```
                                        Hon. Timothy M. Burgess
                                        U.S. District Court Judge


I certify that a copy of the foregoing was faxed to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax:  907-277-1331

Mr. Tim Twomey
Asst. Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Fax:  907-258-6872

on August 1, 2006.


By __s/_____
     Benjamin I. Whipple
     Attorney for Plaintiff
     481 W. Arctic Ave.
     Palmer, AK 99645
     Phone:  (907) 745-1776
     Fax:   (907) 745-1775
     Email:  bwhipple@mtaonline.net
     Alaska Bar No. 9311096
```

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

ORDER ON PLAINTIFF'S MOTION FOR ACCEPTANCE
DIAZ-018
3:05-CV-0001 TMB

2