liable for punitive damages.

    4.   Whether Marina Diaz was comparatively negligent.

    5.   Whether Marina Diaz failed to mitigate her damages.

DATED this 2nd day of August 2006.

By   s/_____
Benjamin I. Whipple
Attorney for Plaintiff
481 W. Arctic Ave.
Palmer, AK 99645
Phone: (907) 745-1776
Fax: (907) 745-1775
Email: bwhipple@mtaonline.net
Alaska Bar No. 9311096

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S PROPOSED JOINT STATEMENT OF ISSUES
DIAZ-019
3:05-CV-0001 TMB

2