**DATED this 2nd day of August 2006.**

**By   s/_____**
    **Benjamin I. Whipple**
    **Attorney for Plaintiff**
    **481 W. Arctic Ave.**
    **Palmer, AK 99645**
    **Phone: (907) 745-1776**
    **Fax: (907) 745-1775**
    **Email: bwhipple@mtaonline.net**
    **Alaska Bar No. 9311096**

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S WITNESS LIST
DIAZ-021
3:05-CV-0001 TMB

3