of the past two weeks. When he conferred with defense counsel on July 24th he learned that the defense counsel was not ready to go over exhibits with the court clerk. They discussed filing a joint request for a week's extension to the following Monday. Plaintiff's counsel mistakenly assumed that this request would pertain to all of the items due on July 24th, not just to exhibits. He apologizes to the Court and to defense counsel for his oversights and the resulting delay.

DATED this 1st day of August 2006.

By __s/_____
Benjamin I. Whipple
Attorney for Plaintiff
481 W. Arctic Ave.
Palmer, AK 99645
Phone: (907) 745-1776
Fax: (907) 745-1775
Email: bwhipple@mtaonline.net
Alaska Bar No. 9311096

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S MOTION FOR ACCEPTANCE
DIAZ-022
3:05-CV-0001 TMB

2