Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Safeway, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ ) | Case No. 3:05-CV-0001 TMB |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S EXHIBIT LIST**

COMES NOW plaintiff Marina Diaz, through counsel, and gives notice that she raises no objections to defendant's exhibit list.

DATED this 2nd day of August 2006.

By __s/_____
Benjamin I. Whipple
Attorney for Plaintiff
481 W. Arctic Ave.
Palmer, AK 99645
Phone: (907) 745-1776
Fax: (907) 745-1775
Email: bwhipple@mtaonline.net
Alaska Bar No. 9311096

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S EXHIBIT LIST
DIAZ-023

1

I certify that a copy of the foregoing was faxed to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax: 907-277-1331

Mr. Tim Twomey
Asst. Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Fax: 907-258-6872

on August 2, 2006.


By __s/_____
    Benjamin I. Whipple
    Attorney for Plaintiff
    481 W. Arctic Ave.
    Palmer, AK 99645
    Phone: (907) 745-1776
    Fax: (907) 745-1775
    Email: bwhipple@mtaonline.net
    Alaska Bar No. 9311096

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S EXHIBIT LIST
DIAZ-023