IN THE UNTIED STATED DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
AUG 0  2006
ERKU S DISTRICT COURT

MARINA V. DIAZ,          )
                         )
    Plaintiff,           )
                         )
Vs.                      )
                         )
SAFEWAY, INC.,           )
                         )
    Defendant.           )
_____)
                         )
STATE OF ALASKA, DEPARTMENT OF )
HEALTH & SOCIAL SERVICES,      )
                               )
    Plaintiff Intervenor       )
_____) Case No. 3:05-CV-0001 TMB

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a correct copy of the **COMPLAINT IN INTERVENTION** in this proceeding was faxed/hand delivered to:

Ms. Donna Meyers
Delaney, Wiles, Hayes, Etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax: 907-277-1331

Mr. Benjamin T. Whipple
481 West Arctic Avenue
Palmer, AK 99645
Fax: 907-745-1775

_____  8/8/06
Signature                Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

TT/DC/DIAZ/ENTRY OF APPEARANCE.doc