RECEIVED
AUG - 2006
CLERK U.S. DISTRICT COURT

IN THE UNTIED STATED DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARINA V. DIAZ, )
       Plaintiff, )
Vs. )
SAFEWAY, INC., )
       Defendant. )
_____ )
STATE OF ALASKA, DEPARTMENT OF )
HEALTH & SOCIAL SERVICES, )
       Plaintiff Intervenor )
_____ ) Case No. 3:05-CV-0001 TMB

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Timothy M. Twomey, Assistant Attorney General, Department of Law, 1031 West Fourth Avenue, Suite 200, Anchorage, Alaska 99501, hereby enters his appearance on behalf of the State of Alaska, Department of Health and Social Services, in the above-captioned matter.

Copies of all notices, motions, pleadings and other correspondence related to this case should be sent to my attention at the above address.

Dated this 7th day of August, 2005.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Timothy M. Twomey
Assistant Attorney General
Alaska Bar No. 050533

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

TT/DC/DIAZ/ENTRY OF APPEARANCE.doc