IN THE UNTIED STATED DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, | ) |
| Plaintiff, | ) |
| Vs. | ) |
| SAFEWAY, INC., | ) |
| Defendant. | ) |
| STATE OF ALASKA, DEPARTMENT OF HEALTH & SOCIAL SERVICES, | ) |
| Plaintiff Intervenor | ) |

Case No. 3:05-CV-0001 TMB

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a correct copy of the **ENTRY OF APPEARANCE** in this proceeding was faxed/hand delivered to:

> Ms. Donna Meyers
> Delaney, Wiles, Hayes, Etc.
> 1007 W. 3rd Ave., Ste. 400
> Anchorage, AK 99501-1990
> Fax: 907-277-1331
>
> Mr. Benjamin T. Whipple
> 481 West Arctic Avenue
> Palmer, AK 99645
> Fax: 907-745-1775

_Dana Cupp_  8/8/06
Signature                Date

TT/DC/DIAZ/ENTRY OF APPEARANCE.doc