IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SAFEWAY, INC., | ) ) |
| Defendant. | ) ) |
| STATE OF ALASKA, DEPARTMENT OF HEALTH & SOCIAL SERVICES, | ) ) ) ) |
| Plaintiff Intervenor. | ) ) |

3:05-CV-0001 TMB

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Intervenor, The State of Alaska, Department of Health and Social Services, has achieved a resolution of its claim with the parties to this action and, accordingly dismisses its Complaint in Intervention, pursuant to FRCP 41.

Dated this 14th day of August, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Timothy M. Twomey
Assistant Attorney General
Alaska Bar No. 050533

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

TT/TB/DIAZ/NOTICE OF DISMISSAL.DOC