IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
AUG 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| MARINA V. DIAZ, | ) |
| Plaintiff, | ) |
| vs. | ) |
| SAFEWAY, INC., | ) |
| Defendant. | ) |
| STATE OF ALASKA, DEPARTMENT OF HEALTH & SOCIAL SERVICES, | ) |
| Plaintiff Intervenor. | ) |

3:05-CV-0001 TMB

### CERTIFICATE OF SERVICE

I hereby certify that on this date, a correct copy of the **NOTICE OF DISMISSAL** in this proceeding was faxed/hand-delivered to:

Ms. Donna Meyers
Delaney, Wiles, Hayes, Etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax: 907-277-1331

Mr. Benjamin T. Whipple
481 West Arctic Avenue
Palmer, AK 99645
Fax: 907-745-1775

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Timothy M. Twomey
Assistant Attorney General
Alaska Bar No. 050533

TT/TB/DIAZ/NOTICE OF DISMISSAL.DOC

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100