**Benjamin I. Whipple**
**481 West Arctic Avenue**
**Palmer, Alaska 99645**
**(907) 745-1776**
**bwhipple@mtaonline.net**

**Attorney for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **Marina V. Diaz,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Safeway, Inc.,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

**PLAINTIFF'S REQUEST FOR TELEPHONIC PARTICIPATION**

    **COMES NOW plaintiff Marina Diaz, through counsel, and requests permission, pursuant to Local Rule 7.3 to have one of her witnesses, Christopher Garden, D.O., appear telephonically. By this request plaintiff seeks to accomodate Dr. Garden and cause as little disruption as possible to his practice.**

    **DATED this 28th day of August 2006.**


                    **By \_\_s/_____**

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S REQUEST FOR TELEPHONIC PARTICIPATION
DIAZ025
3:05-CV-0001 TMB

1

```
                                        Benjamin I. Whipple
                                        Attorney for Plaintiff
                                        481 W. Arctic Ave.
                                        Palmer, AK 99645
                                        Phone:  (907) 745-1776
                                        Fax:  (907) 745-1775
                                        Email:  bwhipple@mtaonline.net
                                        Alaska Bar No. 9311096



I certify that a copy of the foregoing with the accompanying
order was sent by e-mail to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax:  907-277-1331
Email:  dmm@delaneywiles.com

on August 28, 2006.


By __s/_____
    Benjamin I. Whipple
    Attorney for Plaintiff
    481 W. Arctic Ave.
    Palmer, AK 99645
    Phone:  (907) 745-1776
    Fax:  (907) 745-1775
    Email:  bwhipple@mtaonline.net
    Alaska Bar No. 9311096
```

Ben Whipple       PLAINTIFF'S REQUEST FOR TELEPHONIC PARTICIPATION
Attorney          DIAZ025
481 W. Arctic     3:05-CV-0001 TMB
Palmer, AK 99645
907-745-1776
745-1775 fax

2