**Benjamin I. Whipple**
**481 West Arctic Avenue**
**Palmer, Alaska 99645**
**(907) 745-1776**
**bwhipple@mtaonline.net**

**Attorney for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **Marina V. Diaz,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Safeway, Inc.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

ORDER ON
**PLAINTIFF'S REQUEST FOR TELEPHONIC PARTICIPATION**

**THE COURT, having considered plaintiff Marina Diaz' request pursuant to Local Rule 7.3 to have Dr. Garden, D.O., appear telephonically, hereby finds good cause and grants the request. Counsel shall confer with the case management clerk regarding necessary arrangements at least two days in advance of the expected date of testimoney.**

**DATED this _____ day of _____ 2006.**

**By \_\_s/_____**
**Hon. Timothy M. Burgess**
**U.S. District Court Judge**

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

ORDER ON PLAINTIFF'S REQUEST FOR TELEPHONIC PARTICIPATION
DIAZ026
3:05-CV-0001 TMB

1