**Benjamin I. Whipple**
**481 West Arctic Avenue**
**Palmer, Alaska 99645**
**(907) 745-1776**
**bwhipple@mtaonline.net**

**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Marina V. Diaz,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Safeway, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

**JOINT STATEMENT OF FACTS**

**COME NOW plaintiff Marina Diaz and defendant Safeway, Inc., through respective counsel, and submit this joint statement of facts for the Court's consideration pursuant to the Court's Order dated August 8, 2006.**

**This is a personal injury action brought by plaintiff Marina Diaz against defendant Safeway, Inc.  On July 3, 2002, when she was seven months pregnant, Ms. Diaz slipped on some spilled fruit in the produce section of the Carr's store in Palmer.  Ms. Diaz claims that Safeway was negligent in maintaining its premises because it failed to clean up the spilled fruit in a reasonably timely manner or**

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

JOINT STATEMENT OF FACTS
DIAZ-PLE.028
3:05-CV-0001 TMB

1

warn her of the hazardous condition posed by the spilled fruit.  Ms. Diaz received medical treatment at Valley Hospital on the day of the fall and six days later when a complication in her pregnancy arose.  Her baby boy Eugenio, Jr. was born healthy in September.  She later received physical therapy and chiropractic care for her lower back condition.  She claims that her injuries have caused her to lose wages at her job at Wal-Mart and later at the Peak Inn.  She seeks compensation in the way of medical expenses, lost wages and pain and suffering.  She also seeks punitive damages because she claims Safeway employees laughed at her predicament.

During Ms. Diaz' pre-natal medical treatment, Ms. Diaz asked her treating doctor, Dr. Faucett, to write a false statement saying that her baby was born with injuries due to the slip and fall and if she did so Ms. Diaz would share proceeds from a lawsuit with her.  Dr. Faucett emphatically refused and explained that this would be fraud.  Ms. Diaz has acknowledged that she did this and that it was wrong.

Safeway denies that it negligently maintained the premises or failed to warn Ms. Diaz of any hazard.  Safeway contends that it had no knowledge of the fruit in time to clean it up or to warn Ms. Diaz of the hazardous condition.  Safeway also contends that Ms. Diaz' accident was a result of her own failure to exercise reasonable care for her safety.  Safeway claims that any injuries and lost wages Ms. Diaz suffered were caused by her own negligence, pre-existing medical conditions, or normal complications of her pregnancy, and not related to the slip and fall accident.  Safeway

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

JOINT STATEMENT OF FACTS
DIAZ-PLE.028
3:05-CV-0001 TMB

2

disputes the claim that any Safeway employee laughed at her predicament.

DATED this 28th day of August 2006, at Anchorage, Alaska.

s/Benjamin I. Whipple
Attorney for Plaintiff
481 W. Arctic Ave.
Palmer, AK 99645
Phone: (907) 745-1776
Fax: (907) 745-1775
Email: bwhipple@mtaonline.net
Alaska Bar No. 9311096

Delaney Wiles, Inc.

s/Donna M. Meyers
Attorney for Defendant
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501
Phone: 907-279-3581
Fax: 907-277-1331
Email: dmm@delaneywiles.com
Alaska Bar No. 9060011

Appendices:
- Plaintiff's Exhibit List
- Plaintiff's Witness List
- Defendant's Exhibit List
- Defendant's Witness List

Ben Whipple                JOINT STATEMENT OF FACTS                              3
Attorney                   DIAZ-PLE.028
481 W. Arctic              3:05-CV-0001 TMB
Palmer, AK 99645
907-745-1776
745-1775 fax

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing JOINT STATEMENT OF FACTS was sent electronically to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax:  907-277-1331
Email:  dmm@delaneywiles.com

on August 28, 2006.


s/Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

JOINT STATEMENT OF FACTS
DIAZ-PLE.028
3:05-CV-0001 TMB

4