## PLAINTIFF DIAZ' EXHIBIT LIST

Court Case No.  3:05-CV-0001 TMB        ☐ Pretrial Hearing    ☐ Trial

Diaz v. Safeway, Inc.

Name of Party:  Marina Veronica Diaz        ☐ Plaintiff    ☐ Defendant
(There must be a separate exhibit list for each party.)

Party's Attorney:  Ben Whipple, 745-1776

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Off. | Ad. | With-drawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
|---|---|---|---|---|---|---|---|---|
| 1 | Customer Accident Report, 7/3/02 | | | | | | | |
| 2 | Photo Sheet, 7/3/02 | | | | | | | |
| 3 | Handwritten Statement, Timothy Babin | | | | | | | |
| 4 | Medical Records, Center for Women's Health Care | | | | | | | |
| 5 | Medical & Billing Records, Valley Hospital | | | | | | | |
| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Off. | Ad. | With-drawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
| 6 | Medical & Billing Records, Family Health Center, 10/21/02 - 5/21/03 | | | | | | | |
| 7 | Medical & Billing Records, | | | | | | | |

|   |   | ID by Wit. | Off. | Ad. | With-drawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
|---|---|---|---|---|---|---|---|---|
|   | HealthSouth Rehabilitation Centers of Anchorage, 10/21/02 - 12/16/02 |   |   |   |   |   |   |   |
| 8 | Medical Records, Reading Hospital, 9/2/03 |   |   |   |   |   |   |   |
| 9 | Medical & Billing Records, Alpine Chiropractic Center, 12/16/03 - 4/20/04 |   |   |   |   |   |   |   |
| 10 | Educational Records, Keystone Job Corps Center, 6/6/00 - 1/10/01 |   |   |   |   |   |   |   |
| 11 | Personnel File, TeleStar Marketing, 12/15/01 - 9/26/03 |   |   |   |   |   |   |   |
| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Off. | Ad. | With-drawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
| 12 | Personnel File, Wal-Mart, 12/27/02 - 9/19/03 |   |   |   |   |   |   |   |
| 13 | Personnel File, McDonalds, 4/18/03 - 7/22/03 |   |   |   |   |   |   |   |
| 14 | 2004 W-2 Statement, Peak Inn |   |   |   |   |   |   |   |
| 15 | Earnings History, Social Security Administration, 2000 - 2004 |   |   |   |   |   |   |   |
| 16 | Medical Billings By Provider Summary |   |   |   |   |   |   |   |
| 17 | Medical Billings by Service Date and Provider |   |   |   |   |   |   |   |
| 18 | Medical Records Excerpts |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Off. | Ad. | With-drawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |