Donna M. Meyers
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  (907) 279-3581
Fax:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| MARINA V. DIAZ, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SAFEWAY, INC., | ) ) |
| Defendant. | ) ) |
| _____ | ) Case No. A05-0001CV (TMB) |

### DEFENDANT'S TRIAL EXHIBIT LIST

Defendant Safeway, Inc. ("Safeway"), by and through its legal counsel, Delaney, Wiles, Inc., hereby submits its Trial Exhibit List:

| Exhibit | Exhibit Description | Identified | Admitted | Lir |
| --- | --- | --- | --- | --- |
| A | Dr. Faucett's Medical Records (400043 – 400203) | | | |
| B | Excerpt from Dr. Faucett's Medical Records for Marina Diaz (400157) | | | |
| C | Plaintiff's Second Response to Defendant's First Discovery Request | | | |
| D | Valley Hospital  Medical Records dated 7/3/02 | | | |
| E | Valley Hospital Medical Records for Marina Diaz' hospitalization dated | | | |

| Exhibit | Exhibit Description | Identified | Admitted | Lin |
|---|---|---|---|---|
|  | 7/9/02-7/11/02 |  |  |  |
| F | Dr. Faucett's Work Release dated 7/23/02 (400159) |  |  |  |
| G | Dr. Garden's Chiropractic Records (400001 – 400042) |  |  |  |
| H | Dr. Garden's Work Release for Marina Diaz (400017) |  |  |  |
| I | Written statement of Ira Deardorff |  |  |  |
| J | Written statement of Timothy Babi |  |  |  |
| K | Photographs |  |  |  |
| L | Redding Hospital Medical Records (400285 – 400269) |  |  |  |
| M | HealthSouth Physical Therapy Records (400290 – 400304) |  |  |  |
| N | Excerpt from HealthSouth Physical Therapy Records (400293) |  |  |  |
| O | Family Health Center Medical Records |  |  |  |
| P | Deposition Transcript of Marina Diaz |  |  |  |
| Q | Social Security Administration Earnings Records (400227 – 400226) |  |  |  |

DATED at Anchorage, Alaska this 28th day of August, 2006.

DELANEY WILES, INC.
Attorneys for Defendant SAFEWAY, INC.

/s/Donna M. Meyers
Alaska Bar No. 9060011
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331 (/119532)