Donna M. Meyers
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  (907) 279-3581
Fax:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARINA V. DIAZ,                          )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )
                                         )
SAFEWAY, INC.,                           )
                                         )
            Defendant.                   )
_____)     Case No. A05-0001CV (TMB)

## DEFENDANT SAFEWAY, INC.'S TRIAL BRIEF

Defendant Safeway, Inc., by and through counsel hereby submits its trial brief in

accordance with the Court's Pre-Trial Order.

## I.  STATEMENT OF THE CASE

This is a slip and fall case.  Plaintiff Marina Diaz alleges she slipped and fell on

spilled fruit in the produce section of Safeway's Palmer store.  Plaintiff claims Safeway

was negligent because it failed to clean up the spilled fruit in a timely manner or warn

her of the hazardous condition caused by the spilled fruit.  Plaintiff also contends

Safeway is liable for punitive damages arising from the conduct of its employees when

they allegedly laughed at her because she had fallen.  Safeway denies that it was

negligent, and further contends plaintiff's injuries, if any, were caused by her own failure to exercise reasonable care for her own safety.  Safeway also vigorously disputes plaintiff's factual allegation concerning the post accident conduct of its employees, and therefore denies any liability for punitive damages.

## II.  UNCONTESTED FACTS

It is uncontested plaintiff was at the Palmer store on July 3, 2002.  It is also uncontested that plaintiff fell in the produce section on what appeared to be spilled fruit. Finally, it is uncontested that plaintiff sought medical treatment the day of the accident for injuries she attributed to the slip and fall accident.

## III.  CONTESTED FACTS

Safeway contests whether there was sufficient notice of the spilled fruit to render it liable for failing to clean it up or to warn plaintiff before the accident occurred. Safeway also disputes the factual allegations that Safeway employees laughed, and furthermore that they laughed at plaintiff because she had fallen.   Finally, Safeway contests the damages plaintiff claims she suffered as a result of the slip and fall accident given that plaintiff was seven months pregnant at the time and had a pre-existing history of medical conditions that caused or contributed to her alleged injuries, and her physical complaints were normal complications of pregnancy.  Safeway also disputes plaintiff's claim for lost wages and any claim for loss of earning capacity.

## IV.  CONTESTED ISSUES OF LAW

At the present time, there are no outstanding motions for the Court to decide. However, evidentiary issues could arise regarding the admissibility of evidence that plaintiff's medical expenses were paid by the State of Alaska's Medicaid Program.  The

Court has already granted one evidentiary motion which precludes plaintiff from testifying on medical causation issues. Plaintiff is precluded from offering any testimony on whether her alleged physical injuries and/or medical conditions are causally related to the accident.

DATED at Anchorage, Alaska this 28th day of August, 2006.

DELANEY WILES, INC.
Attorneys for Defendant SAFEWAY, INC.

s/Donna M. Meyers
dmm@delaneywiles.com
Alaska Bar No. 9060011
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581/Fax: 907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct
copy of the foregoing document
**DEFENDANT SAFEWAY, INC.'S TRIAL BRIEF**
was served electronically on the 28th day
of August, 2006, on:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska 99645

s/Donna M. Meyers/121040