Donna M. Meyers
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  (907) 279-3581
Fax:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, )<br>     )<br>         Plaintiff, )<br>     )<br>vs. )<br>     )<br>SAFEWAY, INC., )<br>     )<br>         Defendant. )<br>_____ ) | Case No. A05-0001CV (TMB) |

### DEFENDANT SAFEWAY, INC.'S PROPOSED VOIR DIRE

Defendant Safeway, Inc., notifies the Court and plaintiff of the following areas it would like to ask potential jurors during general voir dire:

1. Prior civil lawsuits involving the jurors or members of the jurors' immediate family.

2. Whether any juror has been a witness at trial.

3. The jurors' prior jury service, if any.

4. Whether the jurors have any prior adverse experience with defendant specifically, or any prior adverse or disagreeable experiences involving accidents on the premises of Safeway or other similar type grocery stores.

5. Whether any juror could not be impartial because plaintiff was pregnant at the time of the accident.

6. Questions designed to elicit whether jurors can follow the burdens of proof for finding liability, and awarding damages, including instructions on punitive damages.

7. Questions designed to ascertain whether jurors can follow the law on awarding mental distress damages.

8. Any generalized reasons as to why any juror could not be fair toward the defendant because it is a corporation.

DATED at Anchorage, Alaska this 31st day of August, 2006.

DELANEY WILES, INC.
Attorneys for Defendant SAFEWAY, INC.

s/Donna M. Meyers
dmm@delaneywiles.com
Alaska Bar No. 9060011
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581/Fax: 907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct
copy of the foregoing document
**DEFENDANT SAFEWAY, INC.'S
PROPOSED VOIR DIRE** was served
electronically on the 31st day of August, 2006, on:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska 99645

s/Donna M. Meyers/121041