Donna M. Meyers
Delaney Wiles, Inc.
dmm@delaneywiles.com
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  (907) 279-3581
FAX:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,         )<br>                             )<br>        Plaintiff,          )<br>                             )<br>    vs.                       )<br>                             )<br>SAFEWAY, INC.,       )<br>                             )<br>        Defendant.       )<br>_____) | Case No. A05-0001CV (TMB) |

**NOTICE OF FILING JOINT SET OF PROPOSED JURY INSTRUCTIONS**

COME NOW plaintiff Marina V. Diaz and defendant Safeway, Inc., through their respective counsel, and submit the attached joint set of proposed jury instructions, and Special Verdict Forms.[1]

DATED at Anchorage, Alaska this 31st day of August, 2006.

    DELANEY WILES, INC.
    Attorneys for Defendant SAFEWAY, INC.

    s/Donna M. Meyers
    Alaska Bar No. 9060011
    dmm@delaneywiles.com
    1007 West Third Avenue, Suite 400
    Anchorage, Alaska  99501
    Phone:  907-279-3581/Fax:  907-277-1331

---

[1] The parties are submitting separate proposed Special Verdict Forms.

Benjamin I. Whipple
Attorney for Plaintiff Marina V. Diaz

s/Benjamin I. Whipple
Alaska Bar No.: 9311096
bwhipple@mtaonline.net
481 West Arctic Avenue
Palmer, Alaska  99645
Phone:  907-745-1776/Fax:  907-745-1775

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Joint Set of Proposed Jury Instructions** was served electronically on the 31st day of August, 2006, to:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/121291