# PLAINTIFF DIAZ' EXHIBIT LIST

Court Case No. 3:05-CV-0001 TMB    ☐ Pretrial Hearing    x☐ Trial

Diaz v. Safeway, Inc.

Name of Party: Marina Veronica Diaz    x☐ Plaintiff    ☐ Defendant
(There must be a separate exhibit list for each party.)

Party's Attorney: Ben Whipple, 745-1776

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Off. | Ad. | Withdrawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
|---|---|---|---|---|---|---|---|---|
| 1 | Customer Accident Report, 7/3/02 | | | x | | | | |
| 2 | Photo Sheet, 7/3/02 | | | x | | | | |
| 3 | Handwritten Statement, Timothy Babin | | | x | | | | |
| 4 | Medical Records, Center for Women's Health Care | | | x | | | | |
| 5 | Medical & Billing Records, Valley Hospital | | | x | | | | |

I certify that the exhibits checked in the "To Jury" column on this and all attached pages were given to the jury for deliberation:
    Date:_____    In-Ct. Clerk:_____

I certify that the exhibits checked in the "From Jury" column on this and all attached pages were received from the jury after the verdict.
    Date:_____    In-Ct. Clerk:_____

I certify that the exhibits checked in the "To Exhibit Storage" column on this and all attached pages have been ☐ placed in exhibit storage or ☐ returned to counsel per order of the court.
    Date:_____    In-Ct. Clerk:_____

Page 1 of ____
TF-200 PALMER(9/05)(cs)
EXHIBIT LIST

Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9

Plaintiff Diaz' Exhibit List
Case No.   3:05-CV-0001 TMB
<u>Diaz v. Safeway, Inc.</u>
Page 2

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Off. | Ad. | With-drawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
|---|---|---|---|---|---|---|---|---|
| 6 | Medical & Billing Records, Family Health Center, 10/21/02 - 5/21/03 | | | x | | | | |
| 7 | Medical & Billing Records, HealthSouth Rehabilitation Centers of Anchorage, 10/21/02 - 12/16/02 | | | x | | | | |
| 8 | Medical Records, Reading Hospital, 9/2/03 | | | x | | | | |
| 9 | Medical & Billing Records, Alpine Chiropractic Center, 12/16/03 - 4/20/04 | | | x | | | | |
| 10 | Educational Records, Keystone Job Corps Center, 6/6/00 - 1/10/01 | | | x | | | | |
| 11 | Personnel File, TeleStar Marketing, 12/15/01 - 9/26/03 | | | x | | | | |

I certify that the exhibits checked in the "To Jury" column on this and all attached pages were given to the jury for deliberation:
   Date:_____          In-Ct. Clerk:_____

I certify that the exhibits checked in the "From Jury" column on this and all attached pages were received from the jury after the verdict.
   Date:_____          In-Ct. Clerk:_____

I certify that the exhibits checked in the "To Exhibit Storage" column on this and all attached pages have been ☐ placed in exhibit storage or ☐ returned to counsel per order of the court.
   Date:_____          In-Ct. Clerk:_____

Plaintiff Diaz' Exhibit List
Case No.  3:05-CV-0001 TMB
<u>Diaz v. Safeway, Inc.</u>
Page 3

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Off. | Ad. | With-drawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
|---|---|---|---|---|---|---|---|---|
| 12 | Personnel File, Wal-Mart, 12/27/02 - 9/19/03 | | | x | | | | |
| 13 | Personnel File, McDonalds, 4/18/03 - 7/22/03 | | | x | | | | |
| 14 | 2004 W-2 Statement, Peak Inn | | | x | | | | |
| 15 | Earnings History, Social Security Administration, 2000 - 2004 | | | x | | | | |
| 16 | Medical Billings By Provider Summary | | | x | | | | |
| 17 | Medical Billings by Service Date and Provider | | | x | | | | |
| 18 | Medical Records Excerpts | | | x | | | | |
|  |  | | | | | | | |
|  |  | | | | | | | |

I certify that the exhibits checked in the "To Jury" column on this and all attached pages were given to the jury for deliberation:
   Date:_____   In-Ct. Clerk:_____

I certify that the exhibits checked in the "From Jury" column on this and all attached pages were received from the jury after the verdict.
   Date:_____   In-Ct. Clerk:_____

I certify that the exhibits checked in the "To Exhibit Storage" column on this and all attached pages have been ☐ placed in exhibit storage or ☐ returned to counsel per order of the court.
   Date:_____   In-Ct. Clerk:_____

Plaintiff Diaz' Exhibit List
Case No.   3:05-CV-0001 TMB
<u>Diaz v. Safeway, Inc.</u>
Page 4

| Exhibit No. Marked for ID (Write No.) | BRIEF DESCRIPTION OF EXHIBIT | ID by Wit. | Off. | Ad. | With-drawn Date | To Judge or Jury | From Judge or Jury | To Atty. or Exh. Stor. |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**I certify that a copy of the foregoing was sent by e-mail to:**

**Ms. Donna M. Meyers**
**Delaney, Wiles, Hayes, etc.**
**1007 W. 3rd Ave., Ste. 400**
**Anchorage, AK 99501-1990**
**Fax:  907-277-1331**
**Email:  dmm@delaneywiles.com**

**on August 31, 2006.**

**By __s/ Benjamin I. Whipple___**
    **Attorney for Plaintiff**
    **481 W. Arctic Ave.**
    **Palmer, AK 99645**
    **Phone:  (907) 745-1776**
    **Fax:  (907) 745-1775**
    **Email: bwhipple@mtaonline.net**
       **Alaska Bar No. 9311096**

I certify that the exhibits checked in the "To Jury"column on this and all attached pages were given to the jury for deliberation:
   Date:_____        In-Ct. Clerk:_____

I certify that the exhibits checked in the "From Jury"column on this and all attached pages were received from the jury after the verdict.
   Date:_____        In-Ct. Clerk:_____

I certify that the exhibits checked in the "To Exhibit Storage" column on this and all attached pages have been ☐ placed in exhibit storage or ☐ returned to counsel per order of the court.
   Date:_____        In-Ct. Clerk:_____

Page __4__ of ____
TF-200 PALMER(9/05)(cs)
EXHIBIT LIST
4
Civil Rule 43.1
Criminal Rule 26.1
Admin. Bulletin No. 9