Donna M. Meyers
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAFEWAY, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. A05-0001CV (TMB) |

**DEFENDANT'S TRIAL EXHIBIT LIST**

Defendant Safeway, Inc. ("Safeway"), by and through its legal counsel, Delaney, Wiles, Inc., hereby submits its Trial Exhibit List:

| Exhibit | Exhibit Description | Identified | Admitted | Limits |
|---|---|---|---|---|
| A | Dr. Faucett's Medical Records (400043 – 400203) | | X | |
| B | Excerpt from Dr. Faucett's Medical Records for Marina Diaz (400157) | | X | |
| C | Plaintiff's Second Response to Defendant's First Discovery Request | | X | |
| D | Valley Hospital Medical Records dated 7/3/02 | | X | |
| E | Valley Hospital Medical Records for Marina Diaz' hospitalization dated 7/9/02-7/11/02 | | X | |
| F | Dr. Faucett's Work Release dated | | X | |

| Exhibit | Exhibit Description | Identified | Admitted | Limits |
|---|---|---|---|---|
|  | 7/23/02 (400159) |  |  |  |
| G | Dr. Garden's Chiropractic Records (400001 – 400042) |  | X |  |
| H | Dr. Garden's Work Release for Marina Diaz (400017) |  | X |  |
| I | Written statement of Ira Deardorff |  | X |  |
| J | Written statement of Timothy Babi |  | X |  |
| K | Photographs |  | X |  |
| L | Redding Hospital Medical Records (400285 – 400269) |  | X |  |
| M | HealthSouth Physical Therapy Records (400290 – 400304) |  | X |  |
| N | Excerpt from HealthSouth Physical Therapy Records (400293) |  | X |  |
| O | Family Health Center Medical Records |  | X |  |
| P | Deposition Transcript of Marina Diaz |  | X |  |
| Q | Social Security Administration Earnings Records (400227 – 400226) |  | X |  |

DATED at Anchorage, Alaska this 1st day of September, 2006.

DELANEY WILES, INC.
Attorneys for Defendant SAFEWAY, INC.

/s/Donna M. Meyers
Alaska Bar No. 9060011
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document **DEFENDANT'S TRIAL EXHIBIT LIST** was served electronically on the 1st day of September, 2006, on:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/119532