Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


Marina V. Diaz,                )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )
Safeway, Inc.,                 )
                               )
          Defendant.           )
                               )
_____)    Case No. 3:05-CV-0001 TMB

PLAINTIFF'S TRIAL BRIEF

COMES NOW plaintiff Marina Diaz, through counsel, and submits the following trial brief.

This is a negligence action involving plaintiff's slip on spilled fruit in the Palmer Carr's grocery store. Plaintiff will seek to prove that the store employees knew or reasonably should have known of the hazard and failed to either clean it up or warn plaintiff of the hazard.

Plaintiff will seek to prove that she was injured in the fall; namely, the impact complicated her pregnancy and injured her lower back. She will seek compensation for reasonable medical expenses, including expenses for

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S TRIAL BRIEF
DIAZtr.wpd
3:05-CV-0001 TMB

1

hospitalization, physical therapy and chiropractic care, as well as incurred pain and suffering.  Plaintiff will also seek compensation for lost wages from her sales clerk job at Wal-Mart, from her housekeeping job with the Peak Inn, and for diminished occupational capacity since remaining pain in her low back continues to limit her employment options.  Plaintiff has also alleged punitive damages because she claims that store employees laughed at her when she fell.

Plaintiff is not aware of contested legal issues.

DATED this 31st day of August 2006.

By   s/ Benjamin I. Whipple
     Attorney for Plaintiff
     481 W. Arctic Ave.
     Palmer, AK 99645
     Phone:  (907) 745-1776
     Fax:  (907) 745-1775
     Email:  bwhipple@mtaonline.net
     Alaska Bar No. 9311096

I certify that a copy of the foregoing was sent by e-mail to:

| | |
|---|---|
| Ms. Donna M. Meyers | Attorney for Plaintiff |
| Delaney, Wiles, Hayes, etc. | 481 W. Arctic Ave. |
| 1007 W. 3rd Ave., Ste. 400 | Palmer, AK 99645 |
| Anchorage, AK 99501-1990 | Phone:  (907) 745-1776 |
| Fax:  907-277-1331 | Fax:  (907) 745-1775 |
| Email:  dmm@delaneywiles.com | Email: |
| | bwhipple@mtaonline.net |
| on August 31, 2006. | Alaska Bar No. 9311096 |

By   s/ Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S TRIAL BRIEF
DIAZtr.wpd
3:05-CV-0001 TMB

2