Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
Marina V. Diaz,              )
                             )
        Plaintiff,           )
                             )
v.                           )
                             )
Safeway, Inc.,               )
                             )
        Defendant.           )
                             )
_____)   Case No. 3:05-CV-0001 TMB
```

**JOINT SET OF PROPOSED VOIR DIRE QUESTIONS**

COME NOW plaintiff Marina Diaz and defendant Safeway, Inc., through respective counsel, and submit the attached joint set of proposed voir dire questions.

1.  Ladies and gentlemen, this is a personal injury case which involves a slip and fall in the Carrs grocery store in Palmer, owned by Safeway, Inc.. This accident took place on July 3, 2002. Does any member of the jury panel have any personal knowledge of this incident?

2.  The parties of the case are as follows: Marina

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

JOINT SET OF PROPOSED VOIR DIRE QUESTIONS
DIAZ-vd.wpd
3:05-CV-0001 TMB

1

Diaz, the plaintiff, and Safeway, Inc., the defendant. Is any member of the jury panel familiar with any of the parties in this case or employed by any of the parties in this case?

3. The attorneys in the case are Ben Whipple for the plaintiff, and Donna Meyers of Delaney Wiles, Inc. for the defendant. Is any member of the jury panel familiar with the attorneys in this case or their law firms?

4. Do you do some of your grocery shopping at Safeway? If so, will you be able to put aside whatever positive or negative opinions you may have from your own experiences with Safeway and maintain a fair and neutral position?

5. The following fact witness may testify in this case: Marina Diaz, Eugenio Luis de Jesus, Roberto Gonzales, Spencer Hines, Timothy Babin, Ira Deardorf and Terri Clark-Newman. Is any member of the jury panel familiar with any of these witnesses?

6. This case involves medical treatment from the following healthcare providers: Valley Hospital, Ellen Faucett, D.O., Christopher Garden, D.C.., Gay Petro, Meg Hills, Laurie Dahms, Hollister OB Clinic, Marian Lear, Lester Lewis, David Mills and Wesley Elford. Is any member of the jury panel familiar with any of these doctors or clinics? Has any member of the jury panel been a patient or employee of any of these doctors or healthcare facilities?

7. Have you, any member of your immediate family or close personal friend been involved in a lawsuit or claim against another person, as either the party bringing the claim or defending the claim? The claims would include any injury

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

JOINT SET OF PROPOSED VOIR DIRE QUESTIONS
DIAZ-vd.wpd
3:05-CV-0001 TMB

2

or damage, including a car accident, worker's compensation claim, assault and battery, or a slip and fall? If so would that experience affect you ability to be fair and impartial in this case?

    8. Have you, any member of your immediate family or close personal friend been injured in an accident that was caused by another person's negligence? Or, have you been involved in a accident that was your responsibility that resulted in another persons injuries? If so, would that experience affect your ability to be fair and impartial in this case?

    9. Have you, any member of your immediate family or close personal friend ever been diagnosed with a back injury? If so would that experience affect your ability to be fair and impartial in this case?

    10. Have you, any member of your immediate family or close personal friend ever worked in the medical field? If so, would that experience affect your ability to be fair and impartial in this case?

    11. Have you, any member of your immediate family or close personal friend ever worked in the legal profession? If so, would that experience affect your ability to be fair and impartial in this case?

    12. Have you ever served on a jury before. If so, would that experience affect your ability to be fair and impartial in this case?

    13. Do you have any preconceived notions, prejudices or feelings about people who bring lawsuits or make claims for injuries they have sustained arising out of someone

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

JOINT SET OF PROPOSED VOIR DIRE QUESTIONS
DIAZ-vd.wpd
3:05-CV-0001 TMB

3

else's negligence?

    14.   Have you ever received any information from any source about "Tort Reform" legislation, a supporter of Tort Reform or a member of any Tort Reform organization or group?

    15.   Do you feel that you would have any difficulty in following the Court's instructions on the law?

    16.   Have you had any personal experiences that you believe would prevent you from rendering a fair and impartial verdict in this personal injury case?

    17.   Do you have any physical problems or personal commitment problems that would prevent you from sitting on this jury for four days?

    18.   Do you feel that a witness with a foreign accent is less believable?

    19.   Do you think that a party's ethnic background is relevant to this case?

    20.   Do you believe that you would have any problem for any reason rendering a fair and impartial verdict for any reason?

    21.   Do you have any bias at all towards the plaintiff for brining the lawsuit against the defendant or any bias towards the defendant for defending the claim?

    22.   During deliberation, if you have formed an opinion, would it be difficult for you to keep an open mind and listen to the opinion of others?

    23.   If a majority of other jurors reached a difference conclusion from you after considering the evidence, would you be likely to change your opinion to conform to their simply because their opinion was in the majority?

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

JOINT SET OF PROPOSED VOIR DIRE QUESTIONS
DIAZ-vd.wpd
3:05-CV-0001 TMB

4

        24. Would you prefer, for any reason, not to sit on this case?

        25. If you were to put yourself in the Plaintiff's place, is there any reason why you would not want someone like yourself to sit on this jury?

        26. If you were to put yourself in the defendant's place, is there any reason why you would not want someone like yourself to sit on this jury?

        27. Is there anything in any of the questions that I have asked you which causes doubt in your mind as to your ability to reach a verdict based upon the evidence offered in this courtroom alone?

        DATED this 31st day of August 2006.


                By  **s/ Benjamin I. Whipple**
                    Attorney for Plaintiff
                    481 W. Arctic Ave.
                    Palmer, AK 99645
                    Phone:  (907) 745-1776
                    Fax:  (907) 745-1775
                    Email:  bwhipple@mtaonline.net
                    Alaska Bar No. 9311096


        DATED this 28th day of August 2006.

                    Delaney Wiles, Inc.


                By  **s/ Donna M. Meyers**
                    Attorney for Defendant
                    1007 W. 3rd Ave., Ste. 400
                    Anchorage, AK 99501
                    Phone:  907-279-3581

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

JOINT SET OF PROPOSED VOIR DIRE QUESTIONS
DIAZ-vd.wpd
3:05-CV-0001 TMB

5

```
                                        Fax:   907-277-1331
                                        Email:  dmm@delaneywiles.com
                                        Alaska Bar No. 9060011


I certify that a copy of the foregoing was sent by e-mail to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax:   907-277-1331
Email:  dmm@delaneywiles.com

on August 31, 2006.


By   s/
     Benjamin I. Whipple
     Attorney for Plaintiff
     481 W. Arctic Ave.
     Palmer, AK 99645
     Phone:   (907) 745-1776
     Fax:   (907) 745-1775
     Email:  bwhipple@mtaonline.net
     Alaska Bar No. 9311096
```

Ben Whipple  
Attorney  
481 W. Arctic  
Palmer, AK 99645  
907-745-1776  
745-1775 fax  

JOINT SET OF PROPOSED VOIR DIRE QUESTIONS  
DIAZ-vd.wpd  
3:05-CV-0001 TMB  

6