Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Safeway, Inc., | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

PLAINTIFF'S UNOPPOSED MOTION
FOR RESCHEDULING OF HEARING

    COMES NOW plaintiff Marina Diaz, through counsel, and moves for the rescheduling of the pre-trial conference recently set for Monday, September 11, 2006, at 2:30 p.m. This motion is supported by the accompanying affidavit of counsel.

    DATED this 1st day of September 2006.


    By __s/ Benjamin I. Whipple

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S UNOPPOSED MOTION FOR RESCHEDULING OF HEARING
DIAZ-rs1.wpd
3:05-CV-0001 TMB

1

```
                                    Attorney for Plaintiff
                                    481 W. Arctic Ave.
                                    Palmer, AK 99645
                                    Phone:  (907) 745-1776
                                    Fax:    (907) 745-1775
                                    Email:  bwhipple@mtaonline.net
                                    Alaska Bar No. 9311096
```

**I certify that a copy of the foregoing with the accompanying affidavit and proposed order was sent by e-mail to:**

**Ms. Donna M. Meyers**
**Delaney, Wiles, Hayes, etc.**
**1007 W. 3rd Ave., Ste. 400**
**Anchorage, AK 99501-1990**
**Fax:  907-277-1331**
**Email:  dmm@delaneywiles.com**

**on September 1, 2006.**


**By __s/Benjamin I. Whipple**
```
        Attorney for Plaintiff
        481 W. Arctic Ave.
        Palmer, AK 99645
        Phone:  (907) 745-1776
        Fax:    (907) 745-1775
        Email:  bwhipple@mtaonline.net
        Alaska Bar No. 9311096
```

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S UNOPPOSED MOTION FOR RESCHEDULING OF HEARING
DIAZ-rs1.wpd
3:05-CV-0001 TMB

2