Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz, )<br>)<br>   Plaintiff,    )<br>)<br>v.                     )<br>)<br>Safeway, Inc.,        )<br>)<br>   Defendant.    )<br>)<br>_____) | Case No. 3:05-CV-0001 TMB |

**PROPOSED ORDER ON PLAINTIFF'S UNOPPOSED MOTION**
**FOR RESCHEDULING OF HEARING**

THE COURT, having considered plaintiff's unopposed motion for the rescheduling of the pre-trial conference recently set for Monday, September 11, 2006, at 2:30 p.m., hereby grants the motion.

THE COURT hereby schedules a pre-trial conference in the above-entitled matter for the _____ day of _____, 2006 at ____ o'clock, in courtroom ____.

DATED this ____ day of _____ 2006 in Anchorage, Alaska.

                                    By _____
                                       Hon. Timothy M. Burgess
                                       U.S. District Court Judge

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PROPOSED ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR RESCHEDULING OF HEARING
DIAZ-rs3.wpd
3:05-CV-0001 TMB

1