**Benjamin I. Whipple**
**481 West Arctic Avenue**
**Palmer, Alaska 99645**
**(907) 745-1776**
**bwhipple@mtaonline.net**

**Attorney for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **Marina V. Diaz,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Safeway, Inc.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

**AFFIDAVIT OF COUNSEL**

**Benjamin I. Whipple, being first duly sworn, deposes and states the following:**

**1.  I am counsel for plaintiff in the above-entitled action.**

**2.  My twelve-year old son and I are scheduled to be gone on a fly-in hunting trip with friends from September 8th through September 13th.  We will be in a small cabin near the McLaren River far from a telephone.**

**3.  I am available Monday through Thursday, September 4th - 7th and Thursday and Friday, September 14th and 15th.**

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

AFFIDAVIT OF COUNSEL
DIAZ-rs2.wpd
3:05-CV-0001 TMB

1

      4.    On Monday, August 31st I spoke with defense counsel Donna Meyers and inquired whether she objected to plaintiff's motion for rescheduling the pre-trial conference. She indicated she did not object and would be available September 9th, 8th or the 14th.

      5.    Plaintiff therefore respectfully requests that the pre-trial conference be rescheduled.

      I am competent to testify as to the matters stated herein, have made these statements based on my own personal knowledge, and declare that the foregoing is true and correct to the best of my knowledge.

                                          _____
                                          **Benjamin I. Whipple**

      SUBSCRIBED AND SWORN to before me this \_\_\_ day of September 2006.

                                          _____
                                          **Notary Public in and for Alaska**

                                          **My commission expires:_____**

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

AFFIDAVIT OF COUNSEL
DIAZ-rs2.wpd
3:05-CV-0001 TMB