and 15th.

  4. On Monday, August 31st I spoke with defense counsel Donna Meyers and inquired whether she objected to plaintiff's motion for rescheduling the pre-trial conference. She indicated she did not object and would be available September 9th, 8th or the 14th.

  5. Plaintiff therefore respectfully requests that the pre-trial conference be rescheduled.

I am competent to testify as to the matters stated herein, have made these statements based on my own personal knowledge, and declare that the foregoing is true and correct to the best of my knowledge.

_____
Benjamin I. Whipple

SUBSCRIBED AND SWORN to before me this ___ day of September 2006.

_____
Notary Public in and for Alaska

My commission expires: _____

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

AFFIDAVIT OF COUNSEL
DIAZ-PLE.031
3:05-CV-0001 TMB

2

Case 3:05-cv-00001-TMB     Document 79-2     Filed 09/05/2006     Page 2 of 2