```
Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Marina V. Diaz,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **Safeway, Inc.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | Case No. 3:05-CV-0001 TMB |

**PLAINTIFF'S MOTION FOR SHORTENED TIME**

  **COMES NOW** plaintiff Marina Diaz, through counsel, and moves for expedited consideration of her motion for the rescheduling of the pre-trial conference recently set for Monday, September 11, 2006, at 2:30 p.m. This motion is supported by the accompanying affidavit of counsel.

  DATED this 1st day of September 2006.


        By __s/ Benjamin I. Whipple
         Attorney for Plaintiff

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S MOTION FOR SHORTENED TIME
DIAZ-sh1.wpd
3:05-CV-0001 TMB

1

```
                                        481 W. Arctic Ave.
                                        Palmer, AK 99645
                                        Phone:  (907) 745-1776
                                        Fax:  (907) 745-1775
                                        Email:  bwhipple@mtaonline.net
                                        Alaska Bar No. 9311096



I certify that a copy of the foregoing with the accompanying
affidavit and proposed order was sent by e-mail to:

Ms. Donna M. Meyers
Delaney, Wiles, Hayes, etc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501-1990
Fax:   907-277-1331
Email:  dmm@delaneywiles.com

on September 1, 2006.


By __s/Benjamin I. Whipple
    Attorney for Plaintiff
    481 W. Arctic Ave.
    Palmer, AK 99645
    Phone:  (907) 745-1776
    Fax:  (907) 745-1775
    Email:  bwhipple@mtaonline.net
    Alaska Bar No. 9311096
```

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PLAINTIFF'S MOTION FOR SHORTENED TIME
DIAZ-sh1.wpd
3:05-CV-0001 TMB

2