Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska 99645
(907) 745-1776
bwhipple@mtaonline.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Marina V. Diaz,            ) | |
|                            ) | |
|     Plaintiff,    ) | |
|                            ) | |
| v.                         ) | |
|                            ) | |
| Safeway, Inc.,             ) | |
|                            ) | |
|     Defendant.    ) | |
|                            ) | |
| _____) | Case No. 3:05-CV-0001 TMB |

**PROPOSED ORDER ON PLAINTIFF'S MOTION**
**FOR SHORTENED TIME**

THE COURT, having considered plaintiff's motion for shortened time, hereby finds the motion well-taken and grants the motion.

DATED this ____ day of _____ 2006 in Anchorage, Alaska.

                                   By _____
                                       Hon. Timothy M. Burgess
                                       U.S. District Court Judge

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

PROPOSED ORDER ON MOTION FOR SHORTENED TIME
DIAZ-sh3.wpd
3:05-CV-0001 TMB

1