**Benjamin I. Whipple**
**481 West Arctic Avenue**
**Palmer, Alaska 99645**
**(907) 745-1776**
**bwhipple@mtaonline.net**

**Attorney for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **Marina V. Diaz,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **Safeway, Inc.,** | ) |
| | ) |
| Defendant. | ) |
| _____) | Case No. 3:05-CV-0001 TMB |

**AFFIDAVIT OF COUNSEL**

**Benjamin I. Whipple, being first duly sworn, deposes and states the following:**

**1.  I am counsel for plaintiff in the above-entitled action.**

**2.  Plaintiff requests shortened time for consideration of the rescheduling motion because the date for the hearing at issue is less than 15 days away.  Normal motion practice would therefore not be completed in time for a rescheduling.**

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

AFFIDAVIT OF COUNSEL
DIAZ-sh2.wpd
3:05-CV-0001 TMB

1

I am competent to testify as to the matters stated herein, have made these statements based on my own personal knowledge, and declare that the foregoing is true and correct to the best of my knowledge.

_____
**Benjamin I. Whipple**

SUBSCRIBED AND SWORN to before me this ___ day of September 2006.

_____
**Notary Public in and for Alaska**

**My commission expires:_____**

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

AFFIDAVIT OF COUNSEL
DIAZ-sh2.wpd
3:05-CV-0001 TMB

2