I am competent to testify as to the matters stated herein, have made these statements based on my own personal knowledge, and declare that the foregoing is true and correct to the best of my knowledge.

_____
Benjamin I. Whipple

SUBSCRIBED AND SWORN to before me this １ day of September 2006.

_____
Notary Public in and for Alaska

My commission expires: 10/04/_

Ben Whipple
Attorney
481 W. Arctic
Palmer, AK 99645
907-745-1776
745-1775 fax

AFFIDAVIT OF COUNSEL
DIAZ-PLE.034
3:05-CV-0001-TMB

2