Donna M. Meyers
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  (907) 279-3581
Fax:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>    Defendant.<br>_____ | **NOTICE TO THE COURT**<br>**RE:  SETTLEMENT**<br><br>Case No. A05-0001CV (TMB) |

Plaintiff Marina V. Diaz and defendant Safeway, Inc., by and through their respective counsel, notify the Court that the parties have settled the above-captioned case.  As such, the parties request the Court vacate the trial date and the deadlines set in the pretrial order.  The parties will file a stipulation to dismiss all claims with prejudice once the settlement has been finalized.

DATED at Anchorage, Alaska this 5th day of September, 2006.

DELANEY WILES, INC.
Attorneys for Defendant SAFEWAY, INC.

s/Donna M. Meyers
dmm@delaneywiles.com
Alaska Bar No. 9060011
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
Phone: 907-279-3581/Fax:  907-277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document **NOTICE TO THE COURT RE: SETTLEMENT** was served electronically on the 5th day of September, 2006, on:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska  99645

s/Donna M. Meyers/121433