UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


MARINA V. DIAZ   v.   SAFEWAY, INC.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                    CASE NO.  3:05-CV-00001-TMB

Patty Demeter


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: September 5, 2006

    It has come to the attention of the court by communication from one or more of the parties that this case may have been settled.  If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this order or, in the alternative, counsel for plaintiff shall, within said thirty-day period, report the status of the case to the court.

    If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

    The final pretrial conference scheduled for September 11, 2006, and the trial by jury scheduled for September 18, 2006, are hereby vacated, and all pending motions are denied as moot with leave to renew if the case is not dismissed.


[305cv0001TMB Order il2.wpd]{IL2.WPD*Rev.12/96}