Donna M. Meyers
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
Phone:  (907) 279-3581
Fax:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAFEWAY, INC.,<br><br>            Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-0001CV (TMB) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Marina v. Diaz and Defendant Safeway, Inc., by and through their respective counsel of record, stipulate and agree to dismiss with prejudice all claims in this lawsuit, including all claims asserted or which could have been asserted, with Marina V. Diaz and Safeway, Inc., bearing their own costs and attorney's fees, and on the grounds and for the reasons that all issues raised or which could have been raised in this litigation have been fully and finally compromised and settled to the satisfaction of Marina V. Diaz and Safeway, Inc.

DATED at Anchorage, Alaska this 20th day of September, 2006.

DELANEY WILES, INC.
Attorneys for Defendant SAFEWAY, INC.

s/Donna M. Meyers (Consent)
dmm@delaneywiles.com
Alaska Bar No. 9060011
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581/Fax: 907-277-1331

Law Offices of Benjamin I. Whipple
Attorney for Plaintiff Marina V. Diaz

s/Benjamin I. Whipple (Consent)
Alaska Bar No.: 9311096
481 West Arctic Avenue
Palmer, Alaska 99645
Phone: 907-745-1776/Fax: 907-745-1775

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document **Stipulation for Dismissal With Prejudice** was served electronically on the 20th day of September, 2006, on:

Benjamin I. Whipple, Esq.
481 West Arctic Avenue
Palmer, Alaska 99645

s/Donna M. Meyers/121468