Donna M. Meyers
dmm@delaneywiles.com
Delaney Wiles, Inc.
1007 W. Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  (907) 279-3581
FAX:  (907) 277-1331

Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARINA V. DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SAFEWAY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. A05-0001CV (TMB) |

**(PROPOSED) ORDER RE:  DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the parties' stipulation to dismiss this action with prejudice and the Court being advised in the premises;

IT IS SO ORDERED that this case is hereby dismissed with prejudice.

ENTERED this ____ day of _____, 2006, at Anchorage, Alaska.

_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document **(Proposed) Order Re: Dismissal With Prejudice** was served electronically on the 20th day of September, 2006, on:

Benjamin I. Whipple
481 West Arctic Avenue
Palmer, Alaska  99645


/s/Donna M. Meyers (121465)